UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 11-10245-MFW-11 |
| ULTIMATE ACQUISITION PARTNERS, LP | § | |
| | § | Chapter 11 |
| Debtor | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE AND PLEADINGS**

The Texas Comptroller of Public Accounts ("Comptroller"), hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Mark Browning
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548

The Comptroller respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

BILL COBB
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO

Assistant Attorney General
Chief, Bankruptcy & Collections Division

_/s/ Mark Browning_
MARK BROWNING
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 475-4883

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

**CERTIFICATE OF SERVICE**

I certify that on January 27, 2011, a true copy of the foregoing was served by the method and to the following parties as indicated:

By First Class Mail:

Ultimate Acquisition Partners, LP
321 W. 84th Ave., Ste. A
Thorton, CO 80260

By Electronic Means as listed on the Court's ECF Noticing System:
Kathleen Campbell Davis kdavis@camlev.com

Marla Rosoff Eskin meskin@camlev.com

Mark T Hurford cl@camlev.com, mth@camlev.com

United States Trustee USTPREGION03.WL.ECF@USDOJ.GOV

_/s/ Mark Browning_
MARK BROWNING