Thomas J. Leanse (Cal. Bar No. 084638)
Dustin P. Branch (Cal. Bar No. 174909)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 (telephone)
310.788.4471 (facsimile)

Attorneys for Creditors
The Macerich Company and
The Krausz Companies, Inc.

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re:<br><br>ULTIMATE ACQUISITION PARTNERS, LP,<br><br>Debtor. | ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 11-10245-MFW<br><br>**JOINTLY ADMINISTERED REQUEST FOR SPECIAL NOTICE** |

PLEASE TAKE NOTICE that The Macerich Company, as Landlord and/or agent for Landlord of the premises located at Chandler Festival, Chandler, AZ, and Flatiron Crossing, Broomfield, CO and The Krausz Companies, as Landlord and/or agent for Landlord of the premises located at Tigard, OR (the “Landlords”), appearing through their counsel, Katten Muchin Rosenman LLP, request that all notices given or required to be given and all papers served or required to be served in this case, in accordance with Rules 2002(a)(2), (3), and (7), and 9007 of the Bankruptcy Rules, and Sections 102(1), and 342(a), and 1109(b) of the Bankruptcy Code, be given to and served upon the undersigned at the following address and telephone number:

Katten Muchin Rosenman LLP
c/o Thomas J. Leanse
c/o Dustin P. Branch
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012
Telephone: (310) 788-4400

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise:

(1) Which affect or seek to affect in any way any rights or interests of Landlords with respect to (a) the Debtors; (b) property or proceeds thereof in which the Debtors may claim an interest; (c) property or proceeds thereof in which Landlords claim an interest; (d) property or proceeds thereof in possession, custody or control of Landlords which the Debtors may seek to use; or

(2) Which require or seek to require any act, delivery of any property, payment or other conduct by Landlords.

Dated: January 27, 2011

KATTEN MUCHIN ROSENMAN LLP
Thomas J. Leanse
Dustin P. Branch

By: */s/ Dustin P. Branch*
Dustin P. Branch
Attorneys for Creditors
The Macerich Company and
The Krausz Companies, Inc.

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, California 90067.

On January 27, 2011, I served the foregoing document described as **JOINTLY ADMINISTERED REQUEST FOR SPECIAL NOTICE** on the interested parties in this action by placing a true and correct copy of this document thereof, enclosed in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

**(X) (BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – See attached service list)** Pursuant Local Bankruptcy Rules ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 27, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated.

**(X) (BY MAIL – See attached service list)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**(__) (BY ELECTRONIC MAIL – See attached list)** By transmitting electronically to the parties at the email address indicated above. To the best of my knowledge the transmission was reported as complete and I did not receive a notice of failure of receipt of each such documents.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 27, 2011, at Los Angeles, California.

*/s/ Adelle Shafer*
Adelle Shafer

## ECF SERVICE LIST

**Debtor's Counsel:**
Kathleen Campbell Davis, Esq.
Mark T. Hurford, Esq.
Campbell & Levine LLC
800 N. King Street, #300
Wilmington, DE 19801
Email: kdvais@camlev.com
Email: cl@camlev.com

**Debtor:**
Ultimate Acquisition Partners, LP
321 W. 84th Avenue, Suite A
Thorton, CO 80260
(Via U.S. Mail)

Office of U.S. Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899
(Via U.S. Mail)