**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | |
| | Chapter 11 |
| ULTIMATE ACQUISITION PARTNERS, LP, *et al.*[1] | Case No. 11-10245 (MFW) |
| Debtors | (Joint Administration Requested) |

| | |
|---|---|
| In re | |
| | Chapter 11 |
| CC RETAIL, LLC, | Case No. 11- 10246 (MFW) |
| Debtor. | (Joint Administration Requested) |

**NOTICE OF HEARING TO CONSIDER FIRST DAY PLEADINGS**

PLEASE TAKE NOTICE that on **January 26, 2011**, Ultimate Acquisition Partners, LP, *et al*. ("Ultimate Partners"), the above-captioned debtors and debtors in possession (the "Debtors"), filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code") with the Clerk of the United States Bankruptcy Court for the District of Delaware. The Debtors continue to operate their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE that the Debtors will present the following pleadings on **January 28, 2011 at 2:00 p.m. (ET) before the Honorable** Mary F. Walrath, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801:

1 The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Ultimate Acquisition Partners, LP (2837) and CC Retail, LLC (7780). The Debtors' address is 321 West 84th Avenue, Suite A, Thornton, Colorado 80260.

# MOTIONS AND APPLICATION

1. Motion of Debtors for Order Directing Joint Administration Pursuant to Bankruptcy Code Section 302 and Bankruptcy Rule 1015(b) and Waiving Requirement of Bankruptcy Code Section 302 and Bankruptcy Rule 1015(b) and Waiving Requirements of Bankruptcy Code Sections 105 and 342(c)(1) and Rules 1005 and 2002(n) [Docket No.4, 1/27/11]

2. Motion for Debtors for Entry of an Order Authorizing the Debtors to Pay Prepetition Sales, Use, Trust Fund, and Other Taxes and Related Obligations [Docket No. 5, 1/27/11]

3. Motion of Debtors for Order pursuant to 11 U.S.C. §§ 105 and 363 Authorizing (A) Continued Maintenance of Existing Bank Accounts, (B) Continued Use of Existing Business Forms, and (C) Continued Use of Existing Cash Management Systems [Docket No. 6, 1/27/11]

4. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 503(b) Requesting Authority to Honor Certain Undisputed Prepetition Obligations of Certain Essential Vendors, Suppliers, and Service Providers [Docket No. 8, 1/27/11]

5. Motion of Debtors for Order Under Bankruptcy Code Sections 105(a), 503(b), 507(a), 546(h) (I) Granting Administrative Expense Status to Obligations from Postpetition Delivery of Goods; (II) Authorizing Payment of Expenses in the Ordinary Course of Business; (III) Authorizing Debtors to Return Goods; and (IV) Establishing Procedures for Reclamation Demands [Docket No. 12, 1/27/11]

6. Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(a), 363, 506, 507(a), 553, 1107(a), 1108 and 1129(b) and Bankruptcy Rule 6003 Authorizing Continuation of Certain Customer Practices [Docket No. 13, 1/27/11]

7. Motion of the Debtors for Interim and Final Waivers of Investment and Deposit Requirements Pursuant to Bankruptcy Code Sections 105 and 345 [Docket No. 15, 1/27/11]

8. Motion of Debtors for Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services [Docket No. 16, 1/27/11]

9. Motion of the Debtors for Entry of an Order (A) Authorizing the Debtors to Pay Prepetition Wages, Salaries and Employee Benefits; (B) Authorizing the Debtors to Continue the Maintenance of Employee Benefit Programs in the Ordinary Course; and (C) Directing all Banks to Honor Prepetition Employee Obligations [Docket No. 18, 1/27/11]

10. Motion of Debtors' Pursuant to Bankruptcy Code Sections 105, 361, 362, 363 and 507 for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral ,

(II) Granting Adequate Protection, and (III) Scheduling a Final Hearing [Docket No. 17, 1/27/11]

11. Motion of the Debtors Pursuant to 11 U.S.C. §§ 105(a), 342(a) and 521, Fed.R.Bankr.P. 1007-2 and Local Bankruptcy Rule 1007-2, For Authority to File (A) Consolidated Creditor Matrix and (B) a Consolidated List of the Debtors' Thirty (30) Largest Unsecured Creditors [Docket No. 20, 1/27/11]

12. Motion of the Debtors for Entry of Interim and Final Orders Authorizing, but not Directing, the Debtors to Continue Prepetition Insurance Coverage [Docket No. 14, 1/27/11]

13. Motion of Debtors for Entry of an Order Pursuant to 28 U.S.C. § 156(c), Bankruptcy Rule 2002(f) and Local Rule 2002-1(f) Authorizing The Retention of Kurtzman Carson Consultants, LLC as Claims, Noticing and Balloting Agent to the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Docket No. 11, 1/27/11]

PLEASE TAKE FURTHER NOTICE that copies of all motions and the application referenced above will be served pursuant to the Court's rules and are currently available on the Court's website: www.deb.uscourts.gov. Copies of all motions and applications are also available on the following website: www.kccllc.net/UltimateAcquisition. If you would like to receive copies of any of the motions or the application prior to the Hearing, please contact Maureen Chapman, Paralegal, at (248) 351-3000 or mchapman@jaffelaw.com. All parties wishing to participate in the Hearing telephonically must make arrangements with Court Call (888) 882-6878; www.coutcall.com.

Dated: Wilmington, Delaware
January 27, 2011

**CAMPBELL & LEVINE, LLC**

By: */s/ Mark T. Hurford*

Mark T. Hurford (DE No. 3299)
Kathleen Campbell Davis (DE No. 4229)
Bernard G. Conaway (DE 2856)
800 N. King St., Ste. 300
Wilmington, DE 19801
(302) 426-1900
(302) 426-9947 (facsimile)
mhurford@camlev.com
kdavis@camlev.com

and

JAFFE, RAITT, HEUER & WEISS, P.C.
Jay L. Welford (P34471)
Judith Greenstone Miller (P29208)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 351-3000
(248) 351-3082 (facsimile)
jwelford@jaffelaw.com
jmiller@jaffelaw.com

*Proposed Counsel for Debtors and Debtors-in-Possession*