**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re

ULTIMATE ACQUISITION PARTNERS, L.P.[1]

Debtors
_______________________________________/

Chapter 11
Case No. 11-10245 (MFW)

(Joint Administration Requested)

In re

CC RETAIL, LLC,

Debtor.
_______________________________________/

Chapter 11
Case No. 11- 10246 (MFW)

(Joint Administration Requested)

**NOTICE OF AGENDA OF FIRST DAY HEARING MATTERS SCHEDULED FOR HEARING ON JANUARY 28, 2011, AT 2:00 P.M. BEFORE THE HONORABLE MARY F. WALRATH**

**Any party wishing to participate telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946)**

**Voluntary Petitions**

1. Petitions:
   A. Ultimate Acquisition Partners, L.P.
   B. CC Retail, LLC

**Supporting Declaration**

2. Declaration of F. Bruce Giesbrecht in Support of Chapter 11 Petitions and First Day Pleadings

**Budget**

3. Budget – Docket No. 17, Exhibit B

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Ultimate Acquisition Partners, LP (2837) and CC Retail, LLC (7780). The Debtors' address is 321 West 84th Avenue, Suite A, Thornton, Colorado 80260.

## FIRST-DAY MOTIONS AND APPLICATION

4. Motion of Debtors for Order Directing Joint Administration Pursuant to Bankruptcy Code Section 302 and Bankruptcy Rule 1015(b) and Waiving Requirement of Bankruptcy Code Section 302 and Bankruptcy Rule 1015(b) and Waiving Requirements of Bankruptcy Code Sections 105 and 342(c)(1) and Rules 1005 and 2002(n) [Docket No.4, 1/27/11]

5. Motion for Debtors for Entry of an Order Authorizing the Debtors to Pay Prepetition Sales, Use, Trust Fund, and Other Taxes and Related Obligations [Docket 5, 1/27/11]

6. Motion of Debtors for Order pursuant to 11 U.S.C. §§ 105 and 363 Authorizing (A) Continued Maintenance of Existing Bank Accounts, (B) Continued Use of Existing Business Forms, and (C) Continued Use of Existing Cash Management Systems [Docket 6, 1/27/11]

7. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 503(b) Requesting Authority to Honor Certain Undisputed Prepetition Obligations of Certain Essential Vendors, Suppliers, and Service Providers [Docket 8, 1/27/11]

8. Motion of Debtors for Order Under Bankruptcy Code Sections 105(a), 503(b), 507(a), 546(h) (I) Granting Administrative Expense Status to Obligations from Postpetition Delivery of Goods; (II) Authorizing Payment of Expenses in the Ordinary Course of Business; (III) Authorizing Debtors to Return Goods; and (IV) Establishing Procedures for Reclamation Demands [Docket 12, 1/27/11]

9. Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(a), 363, 506, 507(a), 553, 1107(a), 1108 and 1129(b) and Bankruptcy Rule 6003 Authorizing Continuation of Certain Customer Practices [Docket 13, 1/27/11]

10. Motion of the Debtors for Interim and Final Waivers of Investment and Deposit Requirements Pursuant to Bankruptcy Code Sections 105 and 345 [Docket 15, 1/27/11]

11. Motion of Debtors for Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services [Docket 16, 1/27/11]

12. Motion of the Debtors for Entry of an Order (A) Authorizing the Debtors to Pay Prepetition Wages, Salaries and Employee Benefits; (B) Authorizing the Debtors to Continue the Maintenance of Employee Benefit Programs in the Ordinary Course; and (C) Directing all Banks to Honor Prepetition Employee Obligations [Docket 18, 1/27/11]

13. Motion of Debtors' Pursuant to Bankruptcy Code Sections 105, 361, 362, 363 and 507 for Entry of Interim and Final Orders (I) Authorizing the Use of Cash

Collateral , (II) Granting Adequate Protection, and (III) Scheduling a Final Hearing [Docket 17, 1/27/11]

14. Motion of the Debtors Pursuant to 11 U.S.C. §§ 105(a), 342(a) and 521, Fed.R.Bankr.P. 1007-2 and Local Bankruptcy Rule 1007-2, For Authority to File (A) Consolidated Creditor Matrix and (B) a Consolidated List of the Debtors' Thirty (30) Largest Unsecured Creditors [Docket 20, 1/27/11]

15. Motion of the Debtors for Entry of Interim and Final Orders Authorizing, but not Directing, the Debtors to Continue Prepetition Insurance Coverage [Docket 14, 1/27/11]

16. Motion of Debtors for Entry of an Order Pursuant to 28 U.S.C. § 156(c), Bankruptcy Rule 2002(f) and Local Rule 2002-1(f) Authorizing The Retention of Kurtzman Carson Consultants, LLC as Claims, Noticing and Balloting Agent to the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Docket 11, 1/27/11]

Dated: Wilmington, Delaware
January 27, 2011

CAMPBELL & LEVINE, LLC

By: */s/ Mark T. Hurford*
Mark T. Hurford (DE No. 3299)
Kathleen Campbell Davis (DE No. 4229)
800 N. King St., Ste. 300
Wilmington, DE 19801
(302) 426-1900
(302) 426-9947 (facsimile)
mhurford@camlev.com
kdavis@camlev.com

and

JAFFE, RAITT, HEUER & WEISS, P.C.
Jay L. Welford (P34471)
Judith Greenstone Miller (P29208)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 351-3000
(248) 351-3082 (facsimile)
jwelford@jaffelaw.com
jmiller@jaffelaw.com

*Proposed Counsel for Debtors and Debtors-in-Possession*