**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>ULTIMATE ACQUISITION PARTNERS, LP,<br><br>Debtor.<br>_______________________________/ | Chapter 11<br>Case No. 11-10245 (MFW)<br><br>Tax I.D. No. (xx-xxx2837) |
| In re<br><br>CC RETAIL, LLC,<br><br>Debtor.<br>_______________________________/ | Chapter 11<br>Case No. 11-10246 (MFW)<br><br>Tax I.D. No. (xx-xxx7780)<br><br>Ref. Docket No. 4 |

**ORDER DIRECTING JOINT ADMINISTRATION**
**OF THE DEBTORS' RELATED CHAPTER 11 CASES**

Upon the motion (the "Motion")[1] of the Debtors for an order, pursuant to Bankruptcy Code sections 105, 302 and 342(c)(1) and Bankruptcy Rule 1015(b) directing joint administration of these cases and administratively consolidating the respective chapter 11 cases of each Debtor for procedural purposes only and waiving the requirement that the Debtors' captions list the Debtors' tax identification numbers and addresses; and the Court having reviewed the Motion and the Giesbrecht Declaration; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion related hereto.

due deliberation thereon; and good and sufficient cause appearing therefor, is

**IT IS HEREBY ORDERD THAT:**

1. The Motion is GRANTED.

2. Each of the above-captioned chapter 11 cases of the Debtors be, and hereby is, jointly administered by the Court.

3. Pleadings, motions, notices, orders, and other documents filed in these cases which require a caption, are authorized and required to bear a consolidated caption in the form set forth on Annex 1, attached hereto, and incorporated herein by reference, which caption is approved in all respects.

4. The Clerk of the Court shall maintain one file and one docket for all of these jointly administered cases, which file and docket for each respective chapter 11 case shall be the file and docket for Ultimate Acquisition Partners, LP, Case No. 11-10245 (MFW).

5. A docket entry shall be made on the docket of the CC Retail, LLC chapter 11 case that is substantially similar to the following:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration of the chapter 11 cases of Ultimate Acquisition Partners, LP and CC Retail, LLC. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 11-10245.

6. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned chapter 11 cases.

7. This Court shall retain jurisdiction to hear and determine any matters arising from or related to the implementation or interpretation of this Order.

Dated: January 28, 2011
Wilmington, Delaware

United States Bankruptcy Judge

{D0195038.1 }