UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| | : | Case No. 11-10245 (MFW) |
| Ultimate Acquisition Partners, LP, *et al.* | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| | : | CREDITORS |
| Debtors | : | |

----------------------------------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Valassis**, Attn: Hal Manoian, One Targeting Centre, Windsor, CT 06095, Phone: 860-235-6336, Fax: 860-285-6480

2. **Synnex Corporation**, Attn: Diane E. Maefs, 39 Pelham Ridge Drive, Greenville, SC 29615, Phone: 864-289-4223, Fax: 510-249-5444

3. **Sony Electronics Inc.**, Attn: Alan Rubin, 1 Sony Drive, Park Ridge, NJ 07656, Phone: 201-930-7084, Fax: 201-930-7782

4. **InLine Media, Inc.**, Attn: Nancy Haven, 1600 Stout Street, Suite 700, Denver, CO 80202, Phone: 303-893-4040, Fax: 303-893-6718

5. **Monster, LLC**, Attn: Ajay Vadera, 455 Valley Drive, Brisbane, CA 94005, Phone: 415-850-0026, Fax: 415-468-1604

6. **Klipsch Group, Inc.**, Attn: Frederick L. Farrar, 3502 Woodview Trace, Suite 200, Indianapolis, IN 46268, Phone: 317-860-8213, Fax: 317-860-9190

7. **JB Hunt Transport, Inc.**, Attn: Clark Woods, 615 JB Hunt Corporate Drive, Lowell, AR 72745, Phone: 479-419-3504, Fax: 479-820-1717

ROBERTA A. DeANGELIS
United States Trustee, Region 3


 /s/ Jane M. Leamy, for
T. PATRICK TINKER
ACTING ASSISTANT UNITED STATES TRUSTEE

DATED: February 9, 2011

Attorney assigned to this case: Jane Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' counsel: Mark Hurford, Esquire, Phone: (302) 426-1900, Fax: (302) 426-9947