# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ULTIMATE ACQUISITION | ) | Case No. 11-10245 (MFW) |
| PARTNERS, L.P., et al.[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

_____

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the attorneys listed below hereby enter their appearance in the above-captioned chapter 11 cases on behalf of the Official Committee of Unsecured Creditors (the "Committee") pursuant to Section 1109(b) of Title 11, United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these bankruptcy cases be given and served upon the undersigned:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Ultimate Acquisition Partners, LP (2837) and CC Retail, LLC (7780). The Debtors' address is 321 West 84th Avenue, Suite A, Thornton, Colorado 80260.

WCSR 4552499v1

| | |
|---|---|
| Lawrence C. Gottlieb, Esq. | Steven K. Kortanek, Esq. |
| Jay R. Indyke, Esq. | Mark L. Desgrosseilliers, Esq. |
| Brent Weisenberg, Esq. | Matthew P. Ward, Esq. |
| Cooley LLP | Womble Carlyle Sandridge & Rice, PLLC |
| The Grace Building | 222 Delaware Avenue, Suite 1501 |
| 1114 Avenue of the Americas | Wilmington, DE 19801 |
| New York, NY 10036-7798 | Telephone: 302-252-4320 |
| Telephone: 212-479-6000 | Facsimile: 302-252-4330 |
| Facsimile: 212-479-6275 | Email: skortanek@wcsr.com |
| Email: lgottlieb@cooley.com | Email: mdesgrosseilliers@wcsr.com |
| Email: jindyke@cooley.com | Email: maward@wcsr.com |
| Email: bweisenberg@cooley.com | |

Please take further notice that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger delivery, telephone, facsimile, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings herein.

This Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of the rights of the Committee (i) to have final orders in noncore matters entered only after de novo review by a district judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert or exercise any other rights, claims, actions, defenses, setoffs, or recoupments

2

to which the Committee is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: February 10, 2011

        **WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

        /s/ Matthew P. Ward
        Steven K. Kortanek (Del. Bar No, 3106)
        Mark L. Desgrosseilliers (Del. Bar No. 4083)
        Matthew P. Ward (Del. Bar No. 4471)
        Womble Carlyle Sandridge & Rice, PLLC
        222 Delaware Avenue, Suite 1501
        Wilmington, DE 19801
        Telephone: 302-252-4320
        Facsimile: 302-252-4330
        Email: maward@wcsr.com

        and

        **COOLEY LLP**
        Lawrence C. Gottlieb, Esq.
        Jay R. Indyke, Esq.
        Brent Weisenberg, Esq.
        The Grace Building
        1114 Avenue of the Americas
        New York, NY 10036-7798
        Telephone: 212-479-6000
        Facsimile: 212-479-6275
        Email: lgottlieb@cooley.com
        Email: jindyke@cooley.com
        Email: bweisenberg@cooley.com

        *Proposed Counsel for the Official Committee of Unsecured Creditors*