# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Ultimate Acquisition Partners, LP, et al.,[1] | Case No. 11-10245 (MFW) |
| Debtors. | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District Court Rule 83.5, Local Rule 9010-1(b) and the attached certification, counsel moves the admission *pro hac vice* of Timothy A. Barnes, Esquire of Curtis, Mallet-Prevost, Colt & Mosle LLP to represent a joint venture of Gordon Brothers Retail Partners, LLC and Hilco Merchant Resources, LLC (together, the "Consultant") in the above-captioned matter.

Dated: February 11, 2011

ASHBY & GEDDES, P.A.

/s/ WPB

William P. Bowden (I.D. #2553)
Karen B. Skomorucha (I.D. #4759)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

*Attorneys for a Joint Venture of Gordon Brothers Retail Partners, LLC and Hilco Merchant Resources, LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: February 11, 2011

_____
The Honorable Mary F. Walrath
United States Bankruptcy Court Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number are: Ultimate Acquisition Partners, LP (2837) and CC Retail, LLC (7780). The mailing address for both of the Debtors is: 321 West 84th Avenue, Suite A, Thornton, CO 80260.

{00486042;v1}

DKT. NO. 165

DT. FILED 2-11-11

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the Bar of the State of Illinois, the Bar of the State of Ohio (inactive), the Bar of England and Wales as a Qualified and Practicing Solicitor, the U.S. District Court for the Southern District of New York, U.S. District Court for the Northern District of Illinois, U.S. District Court for the Eastern District of Michigan, U.S. District Court for the Southern District of Ohio, U.S. District Court for the Western District of Wisconsin, U.S. Court of Appeals for the Third, Sixth, Seventh, Ninth and Eleventh Circuits, and the U.S. Supreme Court, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case. I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court, or, if not paid previously, the fee payment will be submitted to the District Court Clerk's Office upon the filing of this motion.

_____
Timothy A. Barnes
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178-0061
Telephone: (212) 696-6006
Facsimile: (917) 368-8806
tbarnes@curtis.com