**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:

ULTIMATE ACQUISITION
PARTNERS, LP, *et al.*[1]

            Debtors

_____/

Chapter 11
Case No. 11-10245 (MFW)

(Jointly Administered)
**Objection Deadline: March 3, 2011 at 4:00 pm
Hearing Date: March 10, 2011 at 3:00 pm**

Related Dkt Nos.: 17, 45, 54, 89, 108, 138 & 180

**NOTICE OF ENTRY OF INTERIM ORDER AND NOTICE OF FINAL HEARING ON
THE MOTION OF DEBTORS PURSUANT TO BANKRUPTCY CODE SECTIONS 105,
361, 362, 363 AND 507 FOR ENTRY OF INTERIM AND FINAL ORDERS (I)
AUTHORIZING THE USE OF CASH COLLATERAL, (II) GRANTING ADEQUATE
PROTECTION, AND (III) SCHEDULING A FINAL HEARING**

**PLEASE TAKE NOTICE** that on January 26, 2011 (the "Petition Date"), each of the Debtors filed a voluntary petition under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware commencing these cases.

**PLEASE TAKE FURTHER NOTICE** that on January 27, 2011, the Debtors filed the Motion of Debtors' Pursuant to Bankruptcy Code Sections 105, 361, 362, 363 and 507 for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, and (III) Scheduling a Final Hearing [DI 17] (the "Cash Collateral Motion").

**PLEASE TAKE FURTHER NOTICE** that on January 28, 2011, this Court held the "First Day Hearing" on various motions, including the Cash Collateral Motion. At the First Day Hearing, an agreed upon interim order (the "First Interim Order") and related budget[2] were presented to the Court. The Court signed the First Interim Order [DI 54] during the First Day Hearing and scheduled another hearing on the Cash Collateral Motion for February 4, 2011 at 10:30 am.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Ultimate Acquisition Partners, LP (2832) and CC Retail, LLC (7780). The Debtors' address is 321 West 84th Avenue, Suite A, Thornton, Colorado 80260.

[2] On January 28, 2011, prior to the First Day Hearing, proposed Debtors' counsel filed an amended budget for the proposed first interim order at docket number 45.

**PLEASE TAKE FURTHER NOTICE** that on February 1, 2011, the Debtors filed the Second (proposed) Interim Order and related budget [DI 89]. At the hearing on February 4, 2011, the Court approved the Second Interim Order [DI 108] and scheduled another hearing on the Cash Collateral Motion for February 11, 2011 at 3:00 pm.

**PLEASE TAKE FURTHER NOTICE** that on February 9, 2011, the Debtors filed the Third (proposed) Interim Order and related budget [DI 138]. At the hearing on February 11, 2011, the Court approved the Third Interim Order [DI 180].

**PLEASE TAKE FURTHER NOTICE that the Final Hearing on the Cash Collateral Motion will occur on March 10, 2011 at 3:00 pm. prevailing Eastern Time before the Honorable Mary F. Walrath, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801.**

**PLEASE TAKE FURTHER NOTICE that pursuant to the Third Interim Order, any objections to the Cash Collateral Motion must be filed and served so that they are actually received no later than March 3, 2011 at 4:00 p.m. prevailing Eastern Time (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection upon the parties listed in paragraph 20 of the Third Interim Order so as to be received on or before the Objection Deadline.**

**The Cash Collateral Motion, the First Interim Order and the Second Interim Order were previously served upon you. A copy of the Third Interim Order and related budget are attached hereto.**

(Remainder of Page Intentionally Left Blank)

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE FINAL RELIEF DEMANDED BY THE CASH COLLATERAL MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: February 11, 2011
Wilmington, Delaware

CAMPBELL & LEVINE, LLC

By: */s/ Mark T. Hurford*
Mark T. Hurford (DE No. 3299)
Kathleen Campbell Davis (DE No. 4229)
800 N. King St., Ste. 300
Wilmington, DE 19801
(302) 426-1900
(302) 426-9947 (facsimile)
mhurford@camlev.com
kdavis@camlev.com

and

JAFFE, RAITT, HEUER & WEISS, P.C.
Jay L. Welford (P34471)
Judith Greenstone Miller (P29208)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 351-3000
(248) 351-3082 (facsimile)
jwelford@jaffelaw.com
jmiller@jaffelaw.com

*Proposed Counsel for Debtors and Debtors-in-Possession*