UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re                                                Chapter 11

ULTIMATE ACQUISITION                                 Case No. 11-10245-MFW
PARTNERS, LP,                                        (Jointly Administered)

    Debtor.

_____

## NOTICE OF RECLAMATION DEMAND OF
## SAMSUNG ELECTRONICS AMERICA, INC.

**PLEASE TAKE NOTICE** that Samsung Electronics America, Inc. (the "Creditor"), by and through its undersigned counsel, hereby files this notice of written demand, pursuant to sections 503 and 546 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532, and applicable non-bankruptcy law, on the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") to reclaim certain goods (the "Goods") that are subject to reclamation. The Goods were sold in the ordinary course of the Creditor's business and delivered to, and received by, the Debtors during the 45 days prior to the filing of the Debtors' bankruptcy petitions (the "Reclamation Period"). The Creditor asserts the Debtors were insolvent at the time the Debtors received the Goods. The value of the Goods at issue is presently in dispute due to litigation with non-debtor entities.

**PLEASE TAKE FURTHER NOTICE** that this demand for reclamation is filed under compulsion of the deadline set for in § 546(c) and to protect the Creditor from any forfeiture of its rights and any claim it may possess against one or all of the Debtors. The filing of this demand is made in the abundance of caution and is not:

    (a)    a waiver of its right to file an administrative claim pursuant to 11 U.S.C. § 503(b)(9);

{FT750387;1}

(b) a waiver or release of any security held by the Creditor, any right to claim specific assets pursuant to section 546(c) or otherwise, any right of setoff, recoupments or counterclaim, any right arising by operation of law or in equity or Creditor's rights against any other person, entity or property;

(c) a waiver or release of any right or claim of the Creditor arising out of, or in respect of, any order entered in these cases, or any other claim, of any nature whatsoever, which the Creditor has against the Debtors, their estates or any other person or entity, including the right to seek allowance and payment as an administrative expense for any of the Goods received by the Debtors within the twenty (20) days immediately prior to the petition date or on or after the petition date;

(d) a waiver of a right to move to withdraw the reference, or otherwise to challenge the jurisdiction of this Court, with respect to the subject matter of this claim, and any objections or other proceeding commenced in these cases against or otherwise involving the Creditor;

(e) an election of any remedy to the exclusion, express or implied, of any other remedy;

(f) a ratification or consent to any obligations or liability based upon or arising out of any action, inaction or conduct by the Debtors and/or Creditors, all of which rights are expressly reserved.

Dated: Wilmington, Delaware
February 14, 2011

**THE ROSNER LAW GROUP LLC**

/s/ Scott J. Leonhardt
Frederick B. Rosner (#3995)
Scott J. Leonhardt (#4885)
824 Market Street, Suite 810

Wilmington, DE 19801
302-319-6301
leonhardt@teamrosner.com

**AKERMAN SENTERFITT**
Michael I. Goldberg, Esq.
Florida Bar Number: 886602
350 East Las Olas Boulevard, Suite 1600
Fort Lauderdale, FL 33301
Phone: (954) 463-2700
Fax: (954) 463-2224
Email: michael.goldberg@akerman.com

*Attorneys for Samsung Electronics America, Inc.*