**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re

ULTIMATE ACQUISITION
PARTNERS, LP, *et al.*[1]

    Debtors

_____/

Chapter 11
Case No. 11-10245(MFW)

(Jointly Administered)
**Hearing date: April 12, 2011 at 10:30 a.m.**
**Objection deadline: April 5, 2011 at 4:00 p.m.**

## APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF STREAMBANK, LLC AS INTELLECTUAL PROPERTY CONSULTANT AND AGENT TO THE DEBTORS *NUNC PRO TUNC* TO MARCH 21, 2011

Ultimate Acquisition Partners, LP and CC Retail, LLC, (the "**Debtors**"), by their attorneys, Jaffe Raitt Heuer & Weiss, P.C. and Campbell & Levine, LLC, for their Application for Order Authorizing Employment of Streambank, LLC as Intellectual Property Consultant and Agent to the Debtors *Nunc Pro Tunc* to March 21, 2011, state as follows:

### JURISDICTION AND VENUE

1.    This Court has jurisdiction over the Application under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (O).

2.    Venue of these chapter 11 cases in this District is proper under 28 U.S.C. §§ 1408 and 1409.

3.    The statutory basis for the relief requested herein is Sections 105(a), 327, 328, and 1107 of title 11 of the United States Code, as amended (the "**Bankruptcy Code**").

---

[1]    The Debtors and the last four digits of their respective tax payer identification numbers are as follows: Ultimate Acquisition Partners, LP (2837) and CC Retail, LLC (7780). The Debtors' address is 321 West 84th Avenue, Suite A, Thornton, Colorado 80260.

## BACKGROUND[2]

4. On January 26, 2011, each of the Debtors filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code (the "**Petition Date**").

5. The Debtors continue to operate their businesses and manage their properties as Debtors-in-Possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

6. An Official Committee of Unsecured Creditors was appointed on February 9, 2011 [DN 136].

7. On February 11, 2011, this Court entered an Order Approving Store Liquidating Consultant, Consulting Agreement, Store Closing Sales and Related Relief (the "Store Closing Order") [DN 179], which provided for the closing of Debtors' forty-six (46) retail stores.

## RELIEF REQUESTED

8. The Debtors seek to employ Streambank, LLC (the "**Consultant**") as their consultant and agent to sell certain intellectual property owned by the Debtors (the "**IP**"), effective as of March 21, 2011.

9. Pursuant to 11 U.S.C. §§ 327(a) and 328(a), the Debtors request that the Court approve the employment of the Consultant as the Debtors' IP consultant and agent, to assist in the marketing, sale and transfer of the IP.

10. The Debtors anticipate that the Consultant will render services as more specifically set forth in the Engagement Letter, attached as **Exhibit B**.

11. Subject to this Court's approval, the Consultant is willing to serve as the Debtors' IP consultant and agent to perform the services, pursuant to 11 U.S.C. §§ 327(a) and 328(a),

---

[2] A detailed description of the Debtors and their business, and the facts and circumstances supporting this Motion, and the Debtors' Chapter 11 cases are set forth in greater detail in the Giesbrecht Declaration filed on the Petition Date [DN 3].

whereby it will be compensated pursuant to an engagement fee in the amount of $15,000, as well as commissions equal to a percentage of the aggregate gross proceeds paid to the Debtors for the sale or assignment of the IP according to a schedule set forth in the Engagement Letter, without such fees being subject to court approval under either sections 330 or 331 of the Bankruptcy Code.

12. To the best of the Debtors' knowledge, information and belief, other than in connection with this case, the Consultant has no connection with, and holds no interest adverse to, the Debtors, their estates, creditors, or any other party in interest herein or their respective attorneys in the matter for which the Consultant is proposed to be retained, except as disclosed in the declaration of Gabriel Fried, attached hereto as **Exhibit C** (the "**Fried Declaration**").

13. To the best of the Debtors' knowledge and, based upon the Fried Declaration, the Consultant is a "disinterested person," as defined in 11 U.S.C. § 101(14) and as required by 11 U.S.C. § 327(a).

## NOTICE

14. Notice of this Application has been provided to (i) the U.S. Trustee; (ii) counsel to GECC; (iii) counsel to the Committee; and (iv) all entities having filed a request for notice pursuant to Bankruptcy Rule 2002 in these chapter 11 cases. In light of the nature of the relief requested, the Debtors submit that no further notice is required.

## NO PRIOR REQUEST

15. No previous application for the relief requested herein has been made by the Debtors to this or any other court.

WHEREFORE, the Debtors respectively requests entry of the proposed for Order Authorizing Employment of Streambank, LLC as Intellectual Property Consultant to the Debtors

*Nunc Pro Tunc* to March 21, 2011, attached as **Exhibit A**, and for such other further relief as is proper and just.

Dated: March 25, 2011
Wilmington, Delaware  CAMPBELL & LEVINE, LLC

By:*/s/ Ayesha Chacko Bennett*
Mark T. Hurford (DE No. 3299)
Kathleen Campbell Davis (DE No. 4229)
Ayesha Chacko Bennett (DE No. 4994)
800 N. King St., Ste. 300
Wilmington, DE 19801
(302) 426-1900
(302) 426-9947 (facsimile)
mhurford@camlev.com
kdavis@camlev.com
abennett@camlev.com

and

JAFFE, RAITT, HEUER & WEISS, P.C.

By: /s/ *Judith Greenstone Miller*
Jay L. Welford (P34471)
Judith Greenstone Miller (P29208)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 351-3000
(248) 351-3082 (facsimile)
jwelford@jaffelaw.com
jmiller@jaffelaw.com

*Counsel for Debtors and Debtors-in-Possession*