# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re

ULTIMATE ACQUISITION
PARTNERS, LP, *et al.*[1]

    Debtors

_____/

Chapter 11
Case No. 11-10245(MFW)

(Jointly Administered)
**Related Docket No. ___**

## ORDER AUTHORIZING EMPLOYMENT OF STREAMBANK, LLC AS INTELLECTUAL PROPERTY CONSULTANT AND AGENT TO THE DEBTORS *NUNC PRO TUNC* TO MARCH 21, 2011

Upon the application (the "**Application**") of the Debtors and Debtors-in-Possession (collectively, the "**Debtors**"), for an order authorizing the Debtors to employ Streambank, LLC (the "**Consultant**") as their intellectual property consultant and agent in connection with these jointly administered chapter 11 cases, effective as of March 21, 2011 pursuant to sections 327(a), 328(a) and 1107 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended, the "**Bankruptcy Code**"), and Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure; and the Court having considered the Fried Declaration,[2] filed in support of the Application; and due and adequate notice of the Application having been given; and it appearing that no other notice need be given; and it appearing that Consultant is not representing any adverse interests to the Debtors' estates; and it appearing that Consultant is "disinterested," as that term is defined in section 101(14) of the Bankruptcy Code; and it appearing that the relief requested in the

---

[1] The Debtors and the last four digits of their respective tax payer identification numbers are as follows: Ultimate Acquisition Partners, LP (2837) and CC Retail, LLC (7780). The Debtors' address is 321 West 84th Avenue, Suite A, Thornton, Colorado 80260.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

Application is in the best interest of the Debtors' estates and their creditors; after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Application be, and it hereby is, granted; and it is further

ORDERED that that Consultant is retained as the Debtors' intellectual property consultant and agent *nunc pro tunc* to March 21, 2011; and it is further

ORDERED that the Engagement Letter is approved; and it is further

ORDERED, that in accordance with sections 327(a) and 328(a) of the Bankruptcy Code, the Debtors are authorized to employ Consultant as of March 21, 2011, to serve as their intellectual property consultant and agent on the terms set forth in the Application; and it is further

ORDERED, Consultant shall provide the Debtors with those services as more specifically set forth in the Engagement Letter; and it is further

ORDERED that Consultant's Engagement Fee in the amount of $15,000 is approved and the Debtors are hereby authorized to pay such amounts to Consultant, and it is further

ORDERED that pursuant to 11 U.S.C. §328(a) Consultant shall be compensated on a fixed fee basis pursuant to the terms of the Engagement Letter, without being subject to court approval under either Sections 330 or 331 of the Bankruptcy Code; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.

Dated: March __, 2011  
    Wilmington, Delaware  
                                                                                       _____  
                                              THE HONORABLE MARY F. WALRATH  
                                              UNITED STATES BANKRUPTCY JUDGE