# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ULTIMATE ACQUISITION PARTNERS, ) | Case No. 11-10245 (MFW) |
| LP, *et al.*, ) | |
| ) | (Jointly Administered) |
| ) | |
| Debtors.[1] ) | Related Doc Nos. 250, 397, |
| ) | |

## ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF BDO CONSULTING, A DIVISION OF BDO USA, LLP, NUNC PRO TUNC TO FEBRUARY 10, 2011, AS FINANCIAL ADVISOR PURSUANT TO SECTION 330 OF THE BANKRUPTCY CODE AND RULE 2016(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Came on for consideration the Application to Retain and Employ BDO Consulting, a division of BDO USA, LLP ("BDO") as financial advisors to the Official Committee of Unsecured Creditors (the "Application"), filed by Official Committee of Unsecured Creditors (the "Committee") of Ultimate Acquisition Partners, LP, *et al.* (the "Debtors"). The Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. The Court further finds that this is a core proceeding pursuant to 28 U.S.C. § 157. After reviewing the Affidavit of David E. Berliner, a partner of BDO, in support of the Application (the "Berliner Affidavit") and the other motions, pleadings, and papers filed in this case, together with the representations and deliberations on the record, the Court finds that (i) the proposed employment of BDO as financial advisors to the Committee is in the best interest of the Committee and the Debtors' bankruptcy estates, and (ii) BDO does not represent or hold any interest adverse to the Committee or the Debtors' estates. The Court further finds that the Application should be **GRANTED** subject to the terms set forth below. **IT IS THEREFORE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: Ultimate Acquisition Partners, LP (2832) and CC Retail, LLC (7780). The Debtors' address is 321 West 84th Avenue, Suite A, Thornton, Colorado 80260.

**ORDERED** that the Application is granted pursuant to 11 U.S.C. section 1103 for the purposes set forth in the Application and the Berliner Affidavit, effective as of February 10, 2011, being the date the Committee elected to retain BDO; and it is further

**ORDERED** that BDO shall be compensated for its services and reimbursed for any related expenses in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and such other procedures as may be fixed by order of this Court for monthly payments to professionals; and it is further

**ORDERED** that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
March 25, 2011

HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE