IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

ULTIMATE ACQUISITION PARTNERS, LP, *et al.*[1]

        Debtors.
_____/

Chapter 11
Case No. 11-10245 (MFW)

Jointly Administered

## NOTICE OF SALE TERMINATION[2] DATE

**PLEASE TAKE NOTICE** that on February 11, 2011, the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") entered an order (the "**GOB Order**," Doc. No. 179),[3] *inter alia*, approving a store liquidating consultant, consulting agreement, store closing sales, and related relief.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Debtors' obligations under paragraph 22 of the GOB Order, the Debtors are hereby providing this notice of the Sale Termination Date with respect to the closing Stores identified on Exhibit A hereto. The Sale Termination Date will occur on the date set forth next to such closing Stores on Exhibit A hereto.

Dated: March 8, 2011

---

[1] The Debtors and the last four digits of their respective tax payer identification numbers are as follows: Ultimate Acquisition Partners, LP (2837) and CC Retail, LLC (7780). The Debtors' address is 321 West 84th Avenue, Suite A, Thornton, Colorado 80260.

[2] This notice **is not** a notice of rejection of the leases of closing Stores listed on Exhibit A hereto.

[3] Capitalized terms not otherwise defined herein shall have the same meaning ascribed to them in the GOB Order.

**CAMPBELL & LEVINE, LLC**

By:*/s/ Ayesha Chacko Bennett*
Mark T. Hurford (DE No. 3299)
Kathleen Campbell Davis (DE No. 4229)
Ayesha Chacko Bennett (DE No. 4994)
800 N. King St., Ste. 300
Wilmington, DE 19801
(302) 426-1900
(302) 426-9947 (facsimile)
mhurford@camlev.com
kdavis@camlev.com
abennett@camlev.com

**JAFFE, RAITT, HEUER & WEISS, P.C.**

By: /s/ *Judith Greenstone Miller*
Jay L. Welford (P34471)
Judith Greenstone Miller (P29208)
Counsel for the Debtors
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 351-3000
jwelford@jaffelaw.com
jmiller@jaffelaw.com

*Counsel to the Debtors and the Debtors in Possession*

# Exhibit A

| Store No. | Store Name | Street Address | City | State | Zip Code | Sale Termination Date |
|---|---|---|---|---|---|---|
| 702 | Burnsville Plaza | 14232 Burnhaven Dr | Burnsville | MN | 55306 | 3/31/2011 |
| 706 | Roseville | 1723 W County Rd B2 | Roseville | MN | 55113 | 3/31/2011 |
| 707 | Centennial Lakes (Edina) | 7435 France Ave S | Edina | MN | 55435 | 3/31/2011 |
| 1003 | Chandler Pavilions | 845 N 54th St | Chandler | AZ | 85226 | 3/31/2011 |
| 1005 | Chandler Festival | 2820 W Chandler Blvd | Chandler | AZ | 85224 | 3/31/2011 |
| 1009 | Oracle-Wetmore (Tucson) | 4380 N. Oracle Rd. #E0A | Tucson | AZ | 85705 | 3/31/2011 |
| 1103 | Olde Towne Plaza (Manchester) | 14850 Manchester Rd | Ballwin | MO | 63011 | 3/31/2011 |
| 1201 | Lincoln Place (Fairview Hts) | 5925 N Illinois St | Fairview Heights | IL | 62208 | 3/31/2011 |