IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

ULTIMATE ACQUISITION
PARTNERS, LP, *et al.*[1]

Debtors.

Chapter 11
Case No. 11-10245 (MFW)

Jointly Administered

_____

# NOTICE OF SALE TERMINATION[2] DATE

**PLEASE TAKE NOTICE** that on February 11, 2011, the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") entered an order (the "**GOB Order**," Doc. No. 179),[3] *inter alia*, approving a store liquidating consultant, consulting agreement, store closing sales, and related relief.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Debtors' obligations under paragraph 22 of the GOB Order, the Debtors are hereby providing this notice of the Sale Termination Date with respect to the closing Stores identified on Exhibit A hereto. The Sale Termination Date will occur on the date set forth next to such closing Stores on Exhibit A hereto.

(Remainder of Page Intentionally Left Blank)

---

[1] The Debtors and the last four digits of their respective tax payer identification numbers are as follows: Ultimate Acquisition Partners, LP (2837) and CC Retail, LLC (7780). The Debtors' address is 321 West 84th Avenue, Suite A, Thornton, Colorado 80260.

[2] This notice **is not** a notice of rejection of the leases of closing Stores listed on Exhibit A hereto.

[3] Capitalized terms not otherwise defined herein shall have the same meaning ascribed to them in the GOB Order.

| | |
|---|---|
| Dated: April 6, 2011 | **CAMPBELL & LEVINE, LLC** |
| | By:/s/ *Mark T. Hurford*<br>Mark T. Hurford (DE No. 3299)<br>Kathleen Campbell Davis (DE No. 4229)<br>800 N. King St., Ste. 300<br>Wilmington, DE 19801<br>(302) 426-1900<br>(302) 426-9947 (facsimile)<br>mhurford@camlev.com<br>kdavis@camlev.com |
| | **JAFFE, RAITT, HEUER & WEISS, P.C.** |
| | By: /s/ *Judith Greenstone Miller*<br>Jay L. Welford (P34471)<br>Judith Greenstone Miller (P29208)<br>Counsel for the Debtors<br>27777 Franklin Road, Suite 2500<br>Southfield, MI 48034<br>(248) 351-3000<br>jwelford@jaffelaw.com<br>jmiller@jaffelaw.com |
| | *Counsel to the Debtors and the Debtors in Possession* |

# Exhibit A

| Store No. | Store Name | Street Address | City | State | Zip Code | Sale Termination Date |
|---|---|---|---|---|---|---|
| 603 | Quail Springs | 2120 W Memorial Rd | Oklahoma City | OK | 73134 | 4/3/2011 |
| 703 | Tamarack Bus Campus (Woodbury) | 8401 Tamarack Rd. | Woodbury | MN | 55125 | 4/3/2011 |
| 1007 | Mesa Spectrum | 1655 S Stapley Dr. | Mesa | AZ | 85204 | 4/7/2011 |
| 1602 | Slide Road (Lubbock) | 6701 Slide Rd. | Lubbock | TX | 79424 | 4/7/2011 |
| 4103 | Carousel Center (Syracuse) | 9090 Carousel Center Dr. | Syracuse | NY | 13290 | 4/7/2011 |