# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X

| | |
|---|---|
| In re: | Chapter 11 |
| ULTIMATE ACQUISITION, PARTNERS, LP, *et al.*,[1] | Case No. 11-10245 (MFW) |
| Debtors. | Jointly Administered |

------------------------------------------------------------ X

**DEBTORS' MOTION PURSUANT TO DEL. BANKR. L.R. 9006-1(e) FOR AN ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER MOTION OF THE DEBTORS AND THE DEBTORS IN POSSESSION FOR AN ORDER (I) CONVERTING THE DEBTORS' CHAPTER 11 BANKRUPTCY CASES TO CASES UNDER CHAPTER 7 OF THE BANKRUPTCY CODE AND (II) SETTING BAR DATE FOR FILING FINAL CHAPTER 11 FEE APPLICATIONS AND ESTABLISHING A HEARING THEREON**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby move (the "Motion to Shorten") this Court, pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for entry of an order shortening the time for notice of the *Debtors' and Debtors in Possession for an Order (I) Converting Cases to Chapter 7 of the Bankruptcy Code and (II) Setting Bar Date for Filing Final Chapter 11 Fee Applications and Establishing a Hearing Date Thereon* (the "Motion")[2] so that the Motion may be heard as soon as the Court's schedule permits. At the current time, no omnibus hearing is scheduled until May 12, 2011, and the relief sought herein needs to be heard prior to that time. The Debtors additionally request

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Ultimate Acquisition Partners, LP (2837) and CC Retail, LLC (7780). The Debtors' address is 321 West 84th Avenue, Suite A, Thornton, Colorado 80260.

[2] Capitalized terms shall have the meanings ascribed to them in the Motion.

that any objections to the relief requested in the Motion be filed no later than 4:00 p.m. (Eastern) at least two (2) days prior to the hearing scheduled on the Motion.

1. Rule 2002(a)(4) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") requires twenty-one (21) days notice of a motion seeking to convert a chapter 11 bankruptcy case to a case under chapter 7 of the Bankruptcy Code. Pursuant to Local Rule 9006-1(e), any time periods prescribed by the Bankruptcy Rules may be shortened by Order of the Court upon written motion specifying the exigencies supported shortened notice.

2. The Debtors submit that there is sufficient cause to justify shortening the notice period for the hearing on approval of the Motion as it relates to the relief sought therein. As set forth more fully in the Motion, the Debtors have completed the GOB Sales, thereby liquidating substantially all of their assets, terminated the great majority of their employees and rejected – or notified applicable landlords of their intent to reject – all of their underlying non-residential real property leases, except in the case of the corporate headquarters and a store adjacent thereto located in Thornton, Colorado.

3. In addition, on April 25, 2011, GECC tendered a Termination Notice, as defined in section 10 of the Final Cash Collateral Order, to the Debtors regarding their ability to use cash collateral as a result of the occurrence of certain Termination Events. Further, the Debtors' right to the use of cash collateral expires on April 29, 2011 and GECC has refused to agree to any extension of the deadline.

4. Without the further use of cash collateral, the Debtors cannot continue to incur administrative costs, retain employees or otherwise conduct a wind-down of their business operations, prepare and file a plan or otherwise perform their duties under chapter 11.

{D0202538.1 } 2
2049162.04

5. The Debtors further submit that no party in interest will be prejudiced by the relief requested herein and the expedited approval of the Motion. The Debtors have been in communication with GECC, as well as the Committee, with respect to their intent to convert these Chapter 11 Cases to cases under Chapter 7 of the Bankruptcy Code in light of the fact that the Debtors (i) no longer have the use of cash collateral, (ii) have liquidated most of their assets, and (iii) have no further or continuing business operations.

6. Accordingly, the Debtors submit that consideration of the Motion on an expedited basis is necessary and in the best interests of the Debtors, their estates, creditors and all other parties in interest.

7. The Debtors have advised the Office of the U.S. Trustee and counsel for the Committee of the filing of the Motion and the Motion to Shorten.

8. The Debtors are serving the Notice Parties indicated in the Motion with a copy of the Motion by overnight mail or facsimile or email, along with regular mail, the date hereof so as to maximize the notice to parties in interest of the Motion prior to the Hearing. The Debtors will additionally serve a 2-page notice of the Motion on all creditors by first class mail, a copy of which proposed notice is attached hereto as **Exhibit A**.

WHEREFORE the Debtors respectfully request that the Court enter an order substantially in the form attached hereto as **Exhibit B**, scheduling a hearing on the relief requested in the Motion as soon as the Court's schedule permits but in any case no later than May 3, 2011.

CAMPBELL & LEVINE, LLC

By: /s/ Mark T. Hurford
Mark T. Hurford (DE No. 3299)
Kathleen Campbell Davis (DE No. 4229)
800 N. King St., Ste. 300
Wilmington, DE 19801
(302) 426-1900
(302) 426-9947 (facsimile)
mhurford@camlev.com
kdavis@camlev.com

*Counsel to the Debtors and the Debtors in Possession*

and

JAFFE, RAITT, HEUER & WEISS, P.C.
Jay L. Welford (P34471)
Judith Greenstone Miller (P29208)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 351-3000
(248) 351-3082 (facsimile)
jwelford@jaffelaw.com
jmiller@jaffelaw.com

*Counsel to the Debtors and the Debtors in Possession*

Dated: April 26, 2011
Wilmington, Delaware