# EXHIBIT A

{D0197531.1 }

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- X

In re:                                                Chapter 11

ULTIMATE ACQUISITION,                                 Case No. 11-10245 (MFW)
PARTNERS, LP, *et al.*,[1]
                                                      Jointly Administered
                        Debtors.

------------------------------------------------------------- X

**NOTICE OF FILING OF MOTION OF THE DEBTORS AND THE DEBTORS IN POSSESSION FOR AN ORDER (I) CONVERTING THE DEBTORS' CHAPTER 11 BANKRUPTCY CASES TO CASES UNDER CHAPTER 7 OF THE BANKRUPTCY CODE AND (II) SETTING BAR DATE FOR FILING FINAL CHAPTER 11 FEE APPLICATIONS AND ESTABLISHING A HEARING THEREON**

      Please take notice that the above-captioned debtors and debtors in possession (collectively, the "Debtors") have filed a motion ("Motion") for entry of an order, pursuant to sections 105(a), 331 and 1112 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rules 1017, 1019 and 2016 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), (i) converting the Debtors' chapter 11 cases to cases under chapter 7 of the Bankruptcy Code, and (ii) setting a date (x) that is no more than thirty (30) days after the entry of an order approving this Motion as the date by which all professionals in these chapter 11 cases must file final fee applications (collectively, the "Final Fee Applications") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [Docket No. 214] (the "Interim Compensation Order"), and (y) for a hearing on the Final Fee Applications.

      The Debtors have determined, in their business judgment, that it is in the best interests of their estates to convert their Chapter 11 Cases to cases under chapter 7 of the Bankruptcy Code, for the following reasons:

    (a) The Debtors have liquidated substantially all of their assets.

    (b) The Debtors will not have the further right to use of cash collateral after April 29, 2011.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Ultimate Acquisition Partners, LP (2837) and CC Retail, LLC (7780). The Debtors' address is 321 West 84th Avenue, Suite A, Thornton, Colorado 80260.

(c) GECC has declared a Termination Event under the Final Cash Collateral Order.

(d) The Debtors have no effective means to obtain the further use of cash collateral without GECC's consent, which consent has not been given.

(e) The Debtors, without the further use of cash collateral, cannot continue to incur administrative costs, retain employees or otherwise conduct a wind-down of their business operations, prepare and file a plan and otherwise perform their duties under chapter 11.

Based on the foregoing, the Debtors believe that an immediate conversion of their Chapter 11 Cases to cases under chapter 7 of the Bankruptcy Code is warranted and in the best interests of their estates and creditors.

The Debtors are also requesting the Court to establish (i) a bar date (the "Final Fee Bar Date"), no more than thirty (30) days after the entry of any order approving this Motion, for all professionals in these Chapter 11 Cases to file Final Fee Applications and (ii) a hearing date on the Final Fee Applications at such time after the Final Fee Bar Date as is convenient to the Court's calendar.

The Debtors have requested an expedited hearing and a shortening of the response time for the Motion. You may view the Motion and all of the related pleadings on the court's website, www.deb.uscourts.gov or on the Claims Agent's website at www.kccllc.net/ultimateacquisition.

| CAMPBELL & LEVINE, LLC | JAFFE RAITT HEUER & WEISS, P.C. |
|---|---|
| By: /s/ Mark T. Hurford | Jay L Welford (P34471) |
| Mark T. Hurford (DE No. 3299) | Judith Greenstone Miller (P29208) |
| Kathleen Campbell Davis (DE No. 4229) | 27777 Franklin Road, Suite 2500 |
| 800 N. King St., Ste. 300 | Southfield, MI 48034 |
| Wilmington, DE 19801 | (248) 351-3000 |
| (302) 426-1900 | (248) 351-3082 (facsimile) |
| (302) 426-9947 (facsimile) | jwelford@jaffelaw.com |
| mhurford@camlev.com | jmiller@jaffelaw.com |
| kdavis@camlev.com | |

*Counsel to the Debtors and the Debtors in Possession*

Dated: April 26, 2011
       Wilmington, Delaware