# EXHIBIT B

{D0197532.1 }

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X

In re:

ULTIMATE ACQUISITION,
PARTNERS, LP, *et al.*,[1]

                   Debtors.

Chapter 11

Case No. 11-10245 (MFW)

Jointly Administered
**Related Doc. No.**

------------------------------------------------------------ X

## ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER DEBTORS' AND DEBTORS IN POSSESSION MOTION FOR AN ORDER (I) CONVERTING THE DEBTORS' CHAPTER 11 BANKRUPTCY CASES TO CASES UNDER CHAPTER 7 OF THE BANKRUPTCY CODE AND (II) SETTING BAR DATE FOR FILING FINAL CHAPTER 11 FEE APPLICATIONS AND ESTABLISHING A HEARING THEREON

Upon consideration of the motion (the "Motion to Shorten")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order providing that the applicable notice period for the *Debtors' and Debtors in Possession Motion for an Order (I) Converting Chapter 11 Cases to Chapter 7 of the Bankruptcy Code and (II) Setting Bar Date for Filing Final Chapter 11 Fee Applications and Establishing a Hearing Date Thereon* (the "Motion") be shortened pursuant to Rule 9006-1(e) of the Local Rules; and the Court having determined that granting the relief requested in the Motion to Shorten is in the best interests of the Debtors, their estates, creditors and other parties in interest; and it appearing due and adequate notice of the Motion having been given under the circumstances, and that no other or

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Ultimate Acquisition Partners, LP (2837) and CC Retail, LLC (7780). The Debtors' address is 321 West 84th Avenue, Suite A, Thornton, Colorado 80260.

[2] All capitalized terms contained herein shall have the meanings ascribed to them in the Motion.

further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Motion to Shorten is granted; and it is further

ORDERED, that the Motion shall be heard on _____, 2011 at _____m. (Eastern); and it is further

ORDERED, that objections to the relief requested in the Motion shall be filed and served upon counsel to the Debtors no later than _____m. on _____, 2011; and it is further

ORDERED, that the Debtors shall promptly serve this Order on (i) the Office of the U.S. Trustee, (ii) counsel for the Committee, (iii) counsel for GECC, and (iv) those parties that have requested notice pursuant to Bankruptcy Rule 2002, in accordance with Del. Bankr. LR 2002-1(B), via facsimile or overnight mail or email, along with regular; and it is further

ORDERED, that the Debtors shall promptly serve this Order upon all known creditors via first class mail; and it is further

ORDERED, that the service of this Order shall constitute the notice required by Bankruptcy Rule 2002(a)(4) with respect to creditors who have not otherwise filed appearances and requests for service of papers under Bankruptcy Rule 2002; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2011

_____
MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE