IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

**ULTIMATE ACQUISITION PARTNERS, LP, et al.**[1]

Chapter 11
Case No. 11-10245 (MFW)

(Jointly Administered)

Debtors
_____/

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Monika Parel, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned cases.

On February 25, 2011, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following documents via First Class Mail on the service list attached hereto as **Exhibit A**:

- Third Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, and (III) Scheduling a Final Hearing [Docket No. 180]

- Notice of Entry of Interim Order and Notice of Final Hearing on the Motion of Debtors Pursuant to Bankruptcy Code Sections 105, 361, 362, 363 and 507 for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, and (III) Scheduling a Final Hearing [Docket No. 181]

Dated: March 7, 2011

/s/ Monika Parel

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 7th day of March, 2011, by Monika Parel, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: /s/ Aimee Parel

AIMEE M. PAREL
Commission # 1866499
Notary Public - California
Los Angeles County
My Comm. Expires Sep 27, 2013

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Ultimate Acquisition Partners, LP (2837) and CC Retail, LLC (7780). The Debtors' address is 321 West 84th Avenue, Suite A, Thornton, Colorado 80260.

# Exhibit A

Exhibit A
Served via First Class Mail

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| JP Morgan Chase | Nikki Mangnall | PO Box 659754 | San Antonio | TX | 78265-9754 |

In re Ultimate Acquisition Partners, LP
Case No. 11-10245                                     1 of 1