IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

**ULTIMATE ACQUISITION PARTNERS, LP, et al.**[1]

Chapter 11
Case No. 11-10245 (MFW)

(Jointly Administered)

Debtors
_____/

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Monika Parel, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned cases.

On or before February 25, 2011, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail on the service list attached hereto as **Exhibit B**:

- Notice of Commencement of Chapter 11 Bankruptcy Cases, Meeting of Creditors and Fixing of Certain Dates [attached hereto as Exhibit A]

Dated: March 7, 2011

Monika Parel

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 7th day of March, 2011, by Monika Parel, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

AIMEE M. PAREL
Commission # 1866499
Notary Public - California
Los Angeles County
My Comm. Expires Sep 27, 2013

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Ultimate Acquisition Partners, LP (2837) and CC Retail, LLC (7780). The Debtors' address is 321 West 84th Avenue, Suite A, Thornton, Colorado 80260.

# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re: : Chapter 11
:
ULTIMATE ACQUISITION : Case No. 11-10245 (MFW)
PARTNERS, LP, *et al.*[1] : Case No. 11-10245 (MFW)
:
               Debtors. : Jointly Administered
---------------------------------------------------------------------x

## NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS AND FIXING OF CERTAIN DATES

On **January 26, 2011**, the above-captioned debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 through 1330 (the "Bankruptcy Code"). The Debtors, and their respective, addresses, case numbers and federal tax identification numbers are as follows:

| **DEBTOR** (Other names, if any, used by the Debtor in the last 6 years appear in brackets) | **ADDRESS** | **CASE NO.** | **EID #** |
|---|---|---|---|
| Ultimate Acquisitions Partners, LP [Ultimate Electronics] | 321 W. 84th Ave., Suite A Thornton, CO 80260 | 11-10245 | 20-2692837 |
| CC Retail, LLC [Ultimate Electronics] | 321 W. 84th Ave., Suite A Thornton, CO 80260 | 11-10246 | 26-4797780 |

DATE, TIME AND LOCATION OF MEETING OF CREDITORS. **MARCH 4, 2011 AT 11:00 A.M., J. CALEB BOGGS FEDERAL BUILDING, 844 KING STREET, ROOM 2112, WILMINGTON, DE 19801.**

DEADLINE TO FILE A PROOF OF CLAIM. Notice of a deadline will be sent at a later time.

NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE. None appointed to date.

COUNSEL FOR THE DEBTORS:

| | |
|---|---|
| JAFFE, RAITT, HEUER & WEISS, P.C. | CAMPBELL & LEVINE, LLC |
| Jay L. Welford (P34471) | Mark T. Hurford (DE No. 3299) |
| Judith Greenstone Miller (P29208) | Kathleen Campbell Davis (DE No. 4229) |
| 27777 Franklin Road, Suite 2500 | 800 N. King St., Ste. 300 |
| Southfield, MI 48034 | Wilmington, DE 19801 |
| (248) 351-3000 | (302) 426-1900 |
| (248) 351-3082 (facsimile) | (302) 426-9947 (facsimile) |

COMMENCEMENT OF CASES. Petitions for reorganization under chapter 11 of the Bankruptcy Code have been filed in this Court by the Debtors listed above, and orders for relief have been entered. You will not receive notice of all documents filed in this case. All documents filed with the Court, including lists of the Debtors' property and debts, are available for inspection at the Office of the Clerk of the Bankruptcy Court. In addition, such documents may be available at www.deb.uscourts.gov.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Ultimate Acquisition Partners, LP (2837) and CC Retail, LLC (7780).

{D0195513.1}                                              (CONTINUED ON REVERSE)

PURPOSE OF CHAPTER 11 FILING. Chapter 11 of the U.S. Bankruptcy Code enables a debtor to reorganize pursuant to a plan. A plan is not effective unless approved by the court at a confirmation hearing. Creditors will be given notice concerning any plan, or in the event the case is dismissed or converted to another chapter of the Bankruptcy Code. The Debtors will remain in possession of their property and will continue to operate any business unless a trustee is appointed.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS. A creditor is anyone to whom a debtor owes money or property. Under the Bankruptcy Code, a debtor is granted certain protection against creditors. Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor. A creditor who is considering taking action against a debtor or the property of a debtor should review § 362 of the Bankruptcy Code and may wish to seek legal advice. The staff of the Clerk of the Bankruptcy Court are not permitted to give legal advice.

MEETING OF CREDITORS. The Debtors' representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. Attendance by creditors at the meeting is welcomed, but not required. At the meeting, the creditors may examine the Debtors and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

CLAIMS. Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in the cases or share in any distribution must file their proofs of claim. A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately. **Separate notice of the deadlines to file proofs of claim and proof of claim forms will be provided to the Debtor(s)' known creditors.** Proof of claim forms also are available in the clerk's office of any bankruptcy court. Proof of Claim forms are also available from the Court's web site at www.deb.uscourts.gov. Kurtzman Carson Consultants, LLC is the claims agent in these cases and can provide a proof of claim form if you cannot obtain one from your local bankruptcy court. Kurtzman Carson Consultants, LLC can be reached as follows:

Kurtzman Carson Consultants, LLC
2335 Alaska Avenue
El Segundo, CA 90245
Phone: (877) 565-8221
http://www.kccllc.net/UltimateAcquisition

DISCHARGE OF DEBTS. Confirmation of chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan.


For the Court:        /s/ David D. Bird            Dated: February 11, 2011
        Clerk of the U.S. Bankruptcy Court

{D0195513.1 }

Exhibit B

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Almarante, Luis | | 321 Prospect St | Lawrence | MA | 01841-2022 |
| Born, Justyn D | | 5374 S Gary St | Littleton | CO | 80123-5109 |
| Bourgeois, Tiffany M | | 107 Pheasants Run Unit 5 | Clinton | NY | 13323-1908 |
| Cade, John W | | 9004 Vance St Apt 210 | Westminster | CO | 80021-6489 |
| Calhoun, Sean C | | 2350 Billings Ln | Longmont | CO | 80504-2315 |
| Canoy, Michael A | | 7367 W Grant Ranch Blvd No L531 | Littleton | CO | 80123-0623 |
| Chavez, Michael R | | 3901 Montgomery Blvd NE Apt 1115 | Albuquerque | NM | 87109-1094 |
| CompuExpert | | 26801 Vista Ter | Lake Forest | CA | 92630-8117 |
| Contreras, Albert | | 2929 N 70th St Apt 1008 | Scottsdale | AZ | 85251-6375 |
| Delaney, Matthew J | | 301 Malley Dr Apt 384 | Northglenn | CO | 80233-2042 |
| Derner, Jason C | | 27 Duncannon Ave Apt 9 | Worcester | MA | 01604-5131 |
| Digenova, Joshua D | | 1855 Burnet Ave Apt 9 | Syracuse | NY | 13206-3362 |
| Domey, Devin C | | 11063 S Memorial Dr No 510 | Tulsa | OK | 74133-7347 |
| Dreher, Jack A | | PO Box 350519 | Westminster | CO | 80035-0519 |
| English, Alexander B | | 5720 Forest Park Rd Apt 6405 | Dallas | TX | 75235-6430 |
| Felle, Andrew T | | 102 Holly Ln | S Milwaukee | WI | 53172-1019 |
| Fletcher, Lynann | | 38 Melrose St | Springfield | MA | 01109-3724 |
| Folkman, Kevin J | | 1882 E 104th Ave Unit 1824 | Thornton | CO | 80233-4355 |
| Francis, Brandon T | | 11622 W Vogel Ave | Youngstown | AZ | 85363-1744 |
| Fryer, Roberta J | | 1460 Dahlia St No B | Denver | CO | 80220-2453 |
| Gilbert, Jared M | | 924 California St SE | Albuquerque | NM | 87108-4912 |
| Godwin, Alan E | | 9501 S I 35 Service Rd Apt 1211 | Moore | OK | 73160-3155 |
| Greenberg Blatt Mgmt & Edward Rudy Kohn Family LLC | Elizabeth Feiner Director of Leasing | 15563 Manchester Rd | Ballwin | MO | 63011-3001 |
| Griffin, Luke T | | 59B Old Lyme Dr | Williamsville | NY | 14221-2260 |
| Gwendolyn Clow 7012557 | | 2400 Albany St Apt 19 | Schenectady | NY | 12304-3306 |
| Hamilton, Matthew N | | 4949 SW Buddington St | Portland | OR | 97219-7318 |
| Heim, Joshua D | | 709 Hazel St N | Saint Paul | MN | 55119-3446 |

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Heredia, Victor | | 4147 SW Spratt Way Apt 104 | Beaverton | OR | 97007-2490 |
| Hesseltine, Kolbee S | | 113 52nd Ave | Greeley | CO | 80634-4211 |
| Hoff, Melissa K | | 1885 S Quebec Way Apt B24 | Denver | CO | 80231-5623 |
| Huber, David H | | 1610 Anderson Ave Apt 103 | Buffalo | MN | 55313-2933 |
| Nelson, James M | | 10236 Quail Ct | Westminster | CO | 80021-6630 |
| Segura, Jose A | | 45723 W Sky Ln | Maricopa | AZ | 85139-6697 |
| Wells, Eric T | | 16006 E Easter Cir Unit 202 | Aurora | CO | 80016-5060 |