IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ULTIMATE ACQUISITION<br>PARTNERS, LP, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 11-10245 (MFW)<br><br>Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED TO BE HEARD
ON JUNE 8, 2011, AT 2:00 P.M. BEFORE THE HONORABLE
MARY F. WALRATH, AT THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE, LOCATED
AT 824 NORTH MARKET STREET, FIFTH FLOOR
COURTROOM NO. 4, WILMINGTON DELAWARE 19801[2]**

**UNCONTESTED MATTERS WITH
CERTIFICATIONS OF NO OBJECTION:**

1. Application of Alfred T. Giuliano, the Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain Giuliano, Miller & Company, LLC as Accountants to the Chapter 7 Trustee, *Nunc Pro Tunc* to May 4, 2011 (Filed 5/17/11) [Docket No. 814].

    Objection Deadline: June 1, 2011, at 4:00 p.m.

    Response(s): None.

    Related Document(s):

    A. Certification of No Objection (Filed 6/3/11) [Docket No. 848].

    Status: A Certification of No Objection has been filed and submitted to chambers together with the proposed form of order. This matter will not be going forward unless otherwise directed by the Court.

---

1 The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Ultimate Acquisition Partners, LP (2837) and CC Retail, LLC (7780). The Debtors' address is 321 West 84th Avenue, Suite A, Thornton, Colorado 80260.
2 Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

2.  Application of Alfred T. Giuliano, the Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a) and Bankruptcy Rules 2014(a) and 2016 and Local Rule 2014-1 for Authority to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to the Chapter 7 Trustee, *Nunc Pro Tunc* to May 4, 2011 (Filed 5/17/11) [Docket No. 815].

    Objection Deadline: June 1, 2011, at 4:00 p.m.

    Response(s): None.

    Related Document(s):

    A.  Certification of No Objection (Filed 6/3/11) [Docket No. 849].

    Status: A Certification of No Objection has been filed and submitted to chambers together with the proposed form of order. This matter will not be going forward unless otherwise directed by the Court.

3.  Motion of Wooddale D, LLC for Allowance and Payment of Administrative Claim (Filed 5/19/11) [Docket No. 820].

    Objection Deadline: June 1, 2011, at 4:00 p.m.

    Response(s):

    A.  Chapter 7 Trustee's Omnibus Limited Objection to Various Motions for Payment of Administrative Expense Claims (Filed 6/1/11) [Docket No. 841].

    Related Document(s): None.

    Status: This matter will be going forward.

Dated: June 6, 2011

PACHULSKI STANG ZIEHL & JONES LLP

Bradford J. Sandler (Bar No. 4142)
Peter J. Keane (Bar No. 5503)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: bsandler@pszjlaw.com
pkeane@pszjlaw.com

[Proposed] Counsel to the Chapter 7 Trustee