IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 7 |
|---|---|
| ULTIMATE ACQUISITION PARTNERS, LP, et al.,[1] | Case No. 11-10245 (MFW) |
| | Jointly Administered |
| Debtors. | **Related to Docket No. 850** |

**AMENDED**[2] NOTICE OF AGENDA OF MATTERS SCHEDULED TO BE
HEARD ON JUNE 8, 2011, AT 2:00 P.M. BEFORE THE HONORABLE
MARY F. WALRATH, AT THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE, LOCATED
AT 824 NORTH MARKET STREET, FIFTH FLOOR
COURTROOM NO. 4, WILMINGTON DELAWARE 19801

**HEARING CANCELLED**

UNCONTESTED MATTERS WITH
CERTIFICATIONS OF NO OBJECTION:

1.  Application of Alfred T. Giuliano, the Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain Giuliano, Miller & Company, LLC as Accountants to the Chapter 7 Trustee, *Nunc Pro Tunc* to May 4, 2011 (Filed 5/17/11) [Docket No. 814].

    Objection Deadline: June 1, 2011, at 4:00 p.m.

    Response(s): None.

    Related Document(s):

    A.  Certification of No Objection (Filed 6/3/11) [Docket No. 848].

---

1 The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Ultimate Acquisition Partners, LP (2837) and CC Retail, LLC (7780). The Debtors' address is 321 West 84th Avenue, Suite A, Thornton, Colorado 80260.

2 **Amended information is reflected in bold.**

B.  Order Granting Application of Alfred T. Giuliano, the Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain Giuliano, Miller & Company, LLC as Accountants to the Chapter 7 Trustee, *Nunc Pro Tunc* to May 4, 2011 (Entered 6/6/11) [Docket No. 851].

Status: The order with respect to this matter has been entered.

2. Application of Alfred T. Giuliano, the Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a) and Bankruptcy Rules 2014(a) and 2016 and Local Rule 2014-1 for Authority to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to the Chapter 7 Trustee, *Nunc Pro Tunc* to May 4, 2011 (Filed 5/17/11) [Docket No. 815].

    Objection Deadline: June 1, 2011, at 4:00 p.m.

    Response(s): None.

    Related Document(s):

    A.  Certification of No Objection (Filed 6/3/11) [Docket No. 849].

    B.  **Order Granting Application of Alfred T. Giuliano, the Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to the Chapter 7 Trustee, *Nunc Pro Tunc* to May 4, 2011 (Entered 6/6/11) [Docket No. 852].**

    Status: The order with respect to this matter has been entered.

**CONTINUED MATTERS:**

3. Motion of Wooddale D, LLC for Allowance and Payment of Administrative Claim (Filed 5/19/11) [Docket No. 820].

    Objection Deadline: June 1, 2011, at 4:00 p.m.

    Response(s):

    A.  Chapter 7 Trustee's Omnibus Limited Objection to Various Motions for Payment of Administrative Expense Claims (Filed 6/1/11) [Docket No. 841].

    Related Document(s): None.

    Status: The parties have agreed to continue this matter to a date to be determined.

Dated: June 7, 2011　　　　　　　　　　PACHULSKI STANG ZIEHL & JONES LLP

             /s/ *Peter J. Keane*
             Bradford J. Sandler (Bar No. 4142)
             Peter J. Keane (Bar No. 5503)
             919 North Market Street, 17th Floor
             Wilmington, Delaware 19801
             Telephone: (302) 652-4100
             Facsimile: (302) 652-4400
             E-mail: bsandler@pszjlaw.com
                   pkeane@pszjlaw.com

             Counsel to the Chapter 7 Trustee