# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ULTIMATE ACQUISITION PARTNERS, LP, *et al.*,[1]<br><br>                         Debtors. | Chapter 7<br><br>Case No. 11-10245 (MFW)<br><br>Jointly Administered<br><br>**Related to Docket No. 917** |

## NOTICE OF LIMITED WITHDRAWAL REGARDING DOCKET ITEM NO. 917

**PLEASE TAKE NOTICE** that Alfred T. Giuliano, chapter 7 trustee (the "Chapter 7 Trustee"), to the estates of the above-captioned Debtors, hereby withdraws, without prejudice, the *Chapter 7 Trustee's Omnibus Limited Objection to Various Fee Applications Filed by Professionals* [Docket No. 917], filed on July 1, 2011, except with regard to the following fee application:

| Docket No. | Fee Application | Firm | Party | Period Covered | Fees requested: | Expenses requested |
|---|---|---|---|---|---|---|
| 912 | First and Final | Gordon Brothers Retail Partners, LLC and Hilco Merchant Resources, LLC | Debtors | 2/4/2011 to 5/3/2011 | $942,956.78 | $4,272,892.36 |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Ultimate Acquisition Partners, LP (2837) and CC Retail, LLC (7780). The Debtors' address is 321 West 84th Avenue, Suite A, Thornton, Colorado 80260.

2

Dated: August 2, 2011 PACHULSKI STANG ZIEHL & JONES LLP

   */s/ Peter J. Keane*
Bradford J. Sandler (Bar No. 4142)
Peter J. Keane (Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  bsandler@pszjlaw.com
       pkeane@pszjlaw.com

Counsel for the Chapter 7 Trustee

2