UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re

ULTIMATE ACQUISITION
PARTNERS, LP, *et al.*[1]

          Debtors.

_____/

Chapter 11
Case No. 11-10245(MFW)

(Jointly Administered)

**Rel. Docket Nos. 881, 882, 883, 886, 895, 897, 899, and 937**

### CERTIFICATION OF COUNSEL REGARDING PROPOSED OMNIBUS ORDER APPROVING CERTAIN FINAL FEE APPLICATIONS

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify the following:

1. Certain professionals employed in the above-captioned cases filed applications seeking the allowance of compensation and reimbursement of expenses on a final basis (collectively, the "Final Fee Appliations").  These professionals are: (a) Jaffe Raitt Heuer & Weiss, P.C.; (b) Falcon Advisors, Inc.; (c) FTI Consulting, Inc.; (d) Campbell & Levine, LLC; (e) Womble Carlyle Sandridge & Rice, PLLC; (e) Cooley LLP; and (f) BDO Consulting, A Division of BDO USA LLP.

2. A hearing on the Final Fee Applications is scheduled for August 10, 2011 at 2:00 p.m.

3. Following the filing of the Third Monthly and Final Application of Jaffe, Raitt, Heuer & Weiss, P.C.'s for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors for the Period from January 26, 2011 through June 3, 2011 [DI 881], the firm discovered a mathematical error which resulted in Jaffe

---

[1] The Debtors and the last four digits of their respective tax payer identification numbers are as follows:  Ultimate Acquisition Partners, LP (2837) and CC Retail, LLC (7780).  The Debtors' address is 321 West 84th Avenue, Suite A, Thornton, Colorado 80260.

{D0209671.1 }

requesting the allowance of an extra $745.50 in compensation. The proposed order attached hereto has been adjusted to correct for this mathematical error.

4. The attached proposed order otherwise reflects the amounts sought in the Final Fee Applications and is submitted for the convenience of the Court, to be considered at the August 10, 2011 hearing.

| | |
|---|---|
| Dated: August 4, 2011<br>Wilmington, Delaware | **CAMPBELL & LEVINE, LLC**<br><br>By: */s/ Mark T. Hurford*<br>Mark T. Hurford (DE No. 3299)<br>800 N. King St., Ste. 300<br>Wilmington, DE 19801<br>(302) 426-1900<br>(302) 426-9947 (facsimile)<br>mhurford@camlev.com<br><br>      and<br><br>**JAFFE RAITT HEUER & WEISS, P.C.**<br>Jay L. Welford (P34471)<br>Judith Greenstone Miller (P29208)<br>27777 Franklin Road, Suite 2500<br>Southfield, MI 48034<br>(248) 351-3000<br>(248) 351-3082 (facsimile)<br>jmiller@jaffelaw.com<br><br>*Counsel for Debtors and Debtors in Possession* |