IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ULTIMATE ACQUISITION, PARTNERS, LP, *et al.*, | ) ) | Case No. 11-10245 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) ) | |
| | ) | **Related to Docket No. 912** |

**ORDER APPROVING FIRST AND FINAL APPLICATION OF THE JOINT VENTURE OF GORDON BROTHERS RETAIL PARTNERS, LLC AND HILCO MERCHANT RESOURCES, LLC, LIQUIDATION CONSULTANTS TO THE DEBTORS, FOR (I) COMPENSATION AND REIMBURSEMENT OF EXPENSES AND (II) INDEMNIFICATION**

The Court having considered the Application[1] of the Consultants, which requested (i) final approval and allowance of compensation and reimbursement of expenses in accordance with section 328(a) of the Bankruptcy Code, the Store Closing Order and the Consulting Agreement and (ii) indemnification from the Debtors' estates for their past, present and future failure to comply with the Consulting Agreement and the Store Closing Order, and it appearing that notice of the Application was duly given, and no further notice being necessary, and after due deliberation, and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Application is approved, and it is further

**ORDERED** that compensation in the amount of $942,956.78 for services rendered during the Period and reimbursement in the amount of $4,272,892.36 for actual and necessary expenses incurred during the Period are approved and allowed on a final basis; and it is further

**ORDERED** that in accordance with the Store Closing Order and the Consulting Agreement, the Trustee shall, on behalf of the Debtors' estates, indemnify and hold the Consultants, their affiliates, and their respective officers, directors, employees, consultants and

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

{00542331;v2}

independent contractors, harmless from and against all claims, demands, penalties, losses, liability or damage, including, without limitation, reasonable attorneys' fees and expenses, directly or indirectly asserted against, resulting from or related to the estates' past, present or future failure to comply with paragraph 5(C) of the Consulting Agreement, the Consulting Agreement generally, the Store Closing Order, and/or those matters set forth in paragraph 8(B)(i)-(iv) of the Consulting Agreement; and it is further

**ORDERED** that the Consultants shall indemnify and hold the Debtors, their estates, and each of the Debtors' affiliates, and their respective officers, directors, managers, general partners, employees, consultants, and independent contractors harmless from and against all claims, demands, penalties, losses, liability or damage, including, without limitation, reasonable attorneys' fees and expenses, directly or indirectly asserted against, resulting from or related to those matters set forth in paragraph 8(A)(i)-(iii) of the Consulting Agreement; and it is further

**ORDERED** that, to the extent that such claims exist under the previous paragraph, GECC shall turn over to the Trustee an amount equal to the amount required to satisfy such obligations and the Trustee shall timely satisfy such obligations; and it is further

**ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: August 10, 2011

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Mary F. Walrath
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court Judge

{00542331;v2}