IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ULTIMATE ACQUISITION<br>PARTNERS, LP, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 11-10245 (MFW)<br><br>Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED TO BE HEARD ON SEPTEMBER 21, 2011, AT 2:00 P.M. BEFORE THE HONORABLE MARY F. WALRATH, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, FIFTH FLOOR COURTROOM NO. 4, WILMINGTON DELAWARE 19801[2]**

## CONTINUED MATTERS:

1. Trustee's First (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Filed 7/20/11) [Docket No. 1021].

   Objection Deadline(s): August 31, 2011, at 4:00 p.m. Extended indefinitely with respect to: Ameren Illinois Credit & Collections; Amherst II VF, LLC; CBS Services Inc.; DBL Distributing, a Division of Ingram Micro Inc.; DEI Sales Inc. trading as Definitive Technology and Directed Electronics Inc.; Dentici Family Limited Partnership; DPI, Inc.; EastGroup Properties, LP; Green Acres Mall, LLC; Hewlett-Packard Company; KBTQ FM KGBT FM 2945; KGON FM KWJJ FM 504; KIOT FM 7985; KMSB Television 1676; Krausz Puente LLC; KTTU Television 5178; KVOA TV 7587; News First Now; Panasonic Consumer Electronics Unit of Panasonic Corp. of North America; SK Soft; Sharp Electronics Corp.; The Arizona Republic; Time Warner Cable Media Sales; TWG Innovative Solutions, Inc.; WAQY FM 3088; WGR AM 8129; Wooddale D., LLC; WYRK WJYEWBUF Fm Radio SS84; and Yahoo! Inc.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Ultimate Acquisition Partners, LP (2837) and CC Retail, LLC (7780). The Debtors' address is 321 West 84th Avenue, Suite A, Thornton, Colorado 80260.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

Response(s):

A. Sennheiser Electronic Corporation Response (Filed 7/27/11) [Docket No. 1053].

B. ABF Freight System, Inc. Response (Filed 8/2/11) [Docket No. 1064].

C. City of Chandler, Arizona Response to Trustee's First Omnibus Objection to Claims (Filed 8/2/11) [Docket No. 1066].

D. KOLD, LLC Response (Filed 8/9/11) [Docket No. 1101].

E. KCBD, LLC Response (Filed 8/10/11) [Docket No. 1103].

F. Columbia Gas of Massachusetts Response (Filed 8/2/11) [Docket No. 1109].

G. Response of Pamal Broadcasting, Ltd. to Trustee's First (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Filed 8/15/11) [Docket No. 1116].

H. SOLLCO, LLC's Response to Notice of Trustee's First (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Filed 8/22/11) [Docket No. 1124].

I. Southwest Gas Corporation's Response to Trustee's First and Second Omnibus Objections to Claims (Filed 8/22/11) [Docket No. 1122].

J. Creditor UPSC LLC's Response to Trustee's First (Non-Substantive) Omnibus Objection to Claims (Filed 8/25/11) [Docket No. 1134].

K. Response by 412 South Broadway Realty LLC to Trustee's First (Non Substantive) Omnibus Objection to Claims (Filed 8/25/11) [Docket No. 1132].

L. Response of Chubb & Son, Inc. to Debtors' Objection to Claim (Filed 8/26/11) [Docket No. 1135].

M. Response of JVC Americas Corp. to Debtors' First (Non-Substantive) Omnibus Objection to Claims (Filed 8/26/11) [Docket No. 1136].

N. Response of Nile Audio Corporation to Trustee's First (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Filed 8/26/11) [Docket No. 1138].

O. Response of Omnimount Systems, Inc. to Trustee's First (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Filed 8/30/11) [Docket No. 1139].

P. Response of Inland Southwest Management, LLC to Trustee's First (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Filed 8/30/11) [Docket No. 1140].

Q.  Response of ADT Security Services, Inc. to Trustee's First (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Filed 8/30/11) [Docket No. 1141].

R.  Mitsubishi Digital Electronics America, Inc. Response to Trustee's First (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Filed 8/30/11) [Docket No. 1142].

S.  Response of Haier America to Trustee's First Omnibus Objection to Claims (Filed 8/30/11) [Docket No. 1143].

T.  CBS Radio Holdings, Inc. Affidavit in Opposition to Trustee's First (Non-Substantive) Omnibus Objection to Claims (Filed 8/30/11) [Docket No. 1144].

U.  The Buffalo News, Inc. Affidavit in Opposition to Debtor's [sic] Motion (Filed 8/30/11) [Docket No. 1145].

V.  Opposition of Harvey, Inc. to Trustee's First (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 Insofar as It Applies to the Claim of Harvey, Inc. (Claim No. 150) (Filed 8/30/11) [Docket No. 1147].

W.  Whirlpool Corporation's Response to Trustee's First (Non-Substantive) Omnibus Objection to Claims (Filed 8/31/11) [Docket No. 1148].

X.  Exhibit "C" to Whirlpool Corporation's Response to Trustee's First (Non-Substantive) Omnibus Objection to Claims (Filed 8/31/11) [Docket No. 1161].

Y.  Response of Marcus Steward to Trustee's First Omnibus Objection to Claims (Claim No. 461) (Filed 8/31/11) [Docket No. 1154].

Z.  Response of Larry Pagelsdorf to Trustee's First Omnibus Objection to Claims (Claim No. 458) (Filed 8/31/11) [Docket No. 1155].

AA.  Response of Orlando Garcia to Trustee's First Omnibus Objection to Claims (Claim No. 473) (Filed 8/31/11) [Docket No. 1156].

BB.  Response of Ahmed Morgan to Trustee's First Omnibus Objection to Claims (Claim No. 460) (Filed 8/31/11) [Docket No. 1157].

CC.  Response of Joel Garcia to Trustee's First Omnibus Objection to Claims (Claim No. 451) (Filed 8/31/11) [Docket No. 1157].

DD.  Response of Mike Hannah to Trustee's First Omnibus Objection to Claims (Claim No. 459) (Filed 8/31/11) [Docket No. 1159].

EE.  Response of Quintin Hammonds to Trustee's First Omnibus Objection to Claims (Claim No. 472) (Filed 8/31/11) [Docket No. 1160].

FF. Rafter B Trucking and Logisitics Response to Trustee's First (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Filed 9/1/11) [Docket No. 1165].

Related Document(s):

A. Notice of Trustee's First (Non-Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Filed 7/20/11) [Docket No. 1021].

Status: The hearing on this matter is continued to October 19, 2011, at 2:00 p.m.

2. Trustee's Second (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Filed 7/20/11) [Docket No. 1022].

Objection Deadline(s): August 31, 2011, at 4:00 p.m. Continued indefinitely with respect to: Canon USA, Inc.; Dart Transit Company; First Link Technology, Inc.; Front Range Retail company LLC; GS Centennial LLC; Rancon Realty Fund IV Subsidiary LLC; and Wooddale D, LLC.

Response(s):

A. Thaddeus J. Luebbers Response in Support of Second (Substantive) Omnibus Objection to Claims (Filed 8/2/11) [Docket No. 1065].

B. Response of TGFO, L.L.C. to Trustee's Second (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Filed 8/19/11) [Docket No. 1121].

C. Southwest Gas Corporation's Response to Trustee's First and Second Omnibus Objections to Claims (Filed 8/22/11) [Docket No. 1122].

D. CBS Broadcasting, Inc. Affidavit in Opposition to Trustee's Second (Substantive) Omnibus Objection to Claims (Filed 8/29/11) [Docket No. 1137].

E. CBS Radio Holdings, Inc. Affidavit in Opposition to Trustee's First (Non-Substantive) Omnibus Objection to Claims (Filed 8/30/11) [Docket No. 1144].

F. Wright-Hennepin Response (Filed 8/30/11) [Docket No. 1146].

G. Receivable Management Services Response (Filed 8/31/11) [Docket No. 1153].

Related Document(s):

A. Notice of Trustee's Second (Substantive) Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 (Filed 7/20/11) [Docket No. 1022].

Status: The hearing on this matter is continued to October 19, 2011, at 2:00 p.m.

3. Combined Motions for Payment of Administrative Expenses/Claims, or Alternatively to Make Adequate Protection Payments Under Section 363(e), and to Compel Debtor to Assume the Lease Pursuant to Section 365(d) Filed by Union Leasing Corp. d/b/a NetApp Financial Solutions (Filed 8/23/11) [Docket No. 1126].

Objection Deadline: September 14, 2011, at 4:00 p.m.

Response(s):

A. Chapter 7 Trustee's Objection to Union Leasing Corp.'s Combined Motion Requesting Allowance of Administrative Expense Claim, or, Alternatively Adequate Protection Payments, and Motion to Compel Assumption of Lease (Filed 9/14/11) [Docket No. 1184].

Related Document(s): None.

Status: The hearing on this matter is continued to October 19, 2011, at 2:00 p.m.

Dated: September 19, 2011

PACHULSKI STANG ZIEHL & JONES LLP

Bradford J. Sandler (Bar No. 4142)
Peter J. Keane (Bar No. 5503)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: bsandler@pszjlaw.com
pkeane@pszjlaw.com

Counsel to the Chapter 7 Trustee