# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ULTIMATE ACQUISITION<br>PARTNERS, LP, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 11-10245 (MFW)<br><br>Jointly Administered<br><br>Re: Docket No. 1817 |

## ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO FURTHER CLARIFY AND APPROVE AGREED EMPLOYMENT TERMS OF F. BRUCE GIESBRECHT REGARDING DRAM CLASS ACTION CLAIM

Upon consideration of the Motion (the "Motion")[2] of Alfred T. Giuliano, the Chapter 7 Trustee, to clarify and approve the agreed employment terms F. Bruce Giesbrecht regarding the DRAM Action; the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157; (b) this is a core proceeding pursuant to 28 U.S.C. §157(b)(2); (c) notice of the Motion and the hearing was sufficient and proper; and (d) the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing to the Court that the Motion should be approved, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Trustee is authorized to compensate Giesbrecht as described in the Motion and in connection with his assistance in submitting a claim in the DRAM Action in the amount of 10% of any gross recovery to the Debtors' estates from the DRAM Action.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Ultimate Acquisition Partners, LP (2837) and CC Retail, LLC (7780). The Debtors' address is 321 West 84th Avenue, Suite A, Thornton, Colorado 80260.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

3. All other terms of the First Independent Contractor Order, the Second Independent Contractor Order, and the First Clarification Order remain unaffected by this Order.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: June 10, 2015

The Honorable Mary F. Walrath
United States Bankruptcy Judge