IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ULTIMATE ACQUISITION<br>PARTNERS, LP, *et al.*,[1]<br><br>                    Debtors. | Chapter 7<br><br>Case No. 11-10245 (MFW)<br><br>Jointly Administered<br><br>**Re: Docket No. 1957** |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO
APPROVE AGREED COMPENSATION TERMS OF F. BRUCE GIESBRECHT
REGARDING ADDITIONAL CLASS ACTION CLAIM RECOVERIES**

Upon consideration of the Motion (the "Motion")[2] of Alfred T. Giuliano, the Chapter 7 Trustee, to approve agreed compensation terms of F. Bruce Giesbrecht ("Giesbrecht") pursuant to sections 105(a) and 503(b)(1)(A) of title 11 of the United States Code (the "Bankruptcy Code") regarding certain class action claim recoveries anticipated by the Debtors' estates in: (a) the Optical Disk Drive Antitrust Litigation (the "ODD Action"); (b) the Cathode Ray Tube (CRT) Antitrust Litigation (the "CRT Action"); and (c) any future class action recoveries that the Debtors' estates may receive, at the Trustee's discretion and without the requirement of further court approval, as further described in the Motion; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012, and that this Court may enter a final order consistent with Article III of the United States Constitution; (b) this is a core proceeding pursuant to 28 U.S.C. §157(b)(2); (c) notice of the Motion and the hearing was sufficient and proper; and (d) the Court

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Ultimate Acquisition Partners, LP (2837) and CC Retail, LLC (7780). The Debtors' address is 321 West 84th Avenue, Suite A, Thornton, Colorado 80260.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing to the Court that the Motion should be approved, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Trustee is authorized to compensate Giesbrecht as described in the Motion and in connection with his assistance in submitting claims in the ODD Action and CRT Action in the amount of 10% of any gross recovery to the Debtors' estates from the ODD Action and CRT Action.

3. The Trustee is authorized, but not directed, in his sole and absolute discretion, to pay Giesbrecht the same percentage-based compensation for any future class action or similar claim recoveries that the Debtors' estates may receive, without the need for further court approval.

4. All other terms of the First Independent Contractor Order, the Second Independent Contractor Order, the First Clarification Order, and the DRAM Action Order remain unaffected by this Order.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: December 3rd, 2018
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE