**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| ULTIMATE ACQUISITION PARTNERS, LP, *et al.*,[1] | : | Case No. 11-10245 (MFW) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | **Hearing Date:  To be heard with TFR** |
| | : | **Objection Deadline: To be Determined** |

**FIFTH AND FINAL FEE APPLICATION OF GIULIANO MILLER AND COMPANY, LLC, AS ACCOUNTANTS TO THE CHAPTER 7 TRUSTEE FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR (1) THE INTERIM PERIOD JULY 1, 2019 THROUGH JANUARY 22, 2021 AND (2) THE FINAL PERIOD MAY 4, 2011 THROUGH JANUARY 22, 2021**

| | |
|---|---|
| Name of Applicant: | Giuliano Miller and Company, LLC. |
| Authorized to Provide Professional Services to: | Alfred T. Giuliano, Chapter 7 Trustee |
| Date of Retention: | June 6, 2011<br>nunc pro tunc to May 4, 2011 |
| Interim period for which compensation and reimbursement is sought: | July 1, 2019 through January 22, 2021 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $     30,914.50 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $            69.00 |
| Final period for which compensation and reimbursement is sought: | May 4, 2011 through January 22, 2021 |
| Amount of Final Compensation sought as actual, reasonable and necessary: | $1,449,242.50 |
| Amount of Final Expense Reimbursement sought as actual, reasonable and necessary: | $     23,912.21 |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  Ultimate Acquisition Partners, LP (2937) and CC Retail, LLC (7780).  The Debtors' address was 321 West 84th Avenue, Suite A., Thornton, Colorado 80260.

This is an: __ interim      X  Final application

*The cumulative fee application preparation time incurred is $63,728.00, or 4.4% of the total cumulative fees.*

**FEE APPLICATION HISTORY**

Prior Applications:

|  |  | **REQUESTED:** |  | **APPROVED:** |  |
|---|---|---|---|---|---|
| Date Filed: | Period Covered: | Fees: | Expenses: | Fees: | Expenses: |
| 06/28/12 | 05/04/11-05/31/12 | $621,611.75 | $14,332.11 | $621,611.75 | $14,332.11 |
| 02/27/13 | 06/01/12-01/31/13 | $339,562.00 | $5,079.44 | $339,562.00 | $5,079.44 |
| 02/08/17 | 02/01/13-12/31/16 | $418,398.25* | $4,156.90 | $418,398.25* | $4,156.90 |
| 07/31/19 | 01/01/17-06/30/19 | $ 56,576.00 | $274.76 | $ 56,576.00 | $274.76 |
|  |  | $(17,820.00)* |  |  |  |
| TOTAL PRIOR APPLICATIONS: |  | $1,418,328.00 | $23,843.21 |  |  |

* On 10/3/19, GMCO discovered an error in the 3rd interim invoice/fee application that resulted in an overpayment to GMCO at that time of $17,820.00. A time entry was erroneously input on 4/17/14 by RLE at 40 hours @ $450/hr. that should have been input at .4 hours @ $450/hr. This overpayment was promptly repaid by GMCO to the estate upon discovery.

**ATTACHMENT B – LOCAL FORM 102/RULE 2016-2**
**COMPENSATION BY PROFESSIONAL**
**FOR THE PERIOD JULY 1, 2019 THROUGH JANUARY 22, 2021**

| Name of Professional | Position of Applicant (Certifications) | BS/BA Degree | Total Hours Billed | Hourly Rate ($) | Gross Amount ($) | Adjustment ($) | Net Amount ($) |
|---|---|---|---|---|---|---|---|
| Alfred T. Giuliano | Member CPA, CIRA, CFE, CDBV | 1978 | 0.3 | 675 | 202.50 | 0.00 | 202.50 |
| Donna M. Miller | Manager CPA/CFF, CIRA, MBA, CDBV | 1980 | 13.3 | 495 | 6,583.50 | 0.00 | 6,583.50 |
|  |  |  | 1.1 | 520 | 572.00 | 0.00 | 572.00 |
|  |  |  | 10.6 | 545 | 5,777.00 | 0.00 | 5,777.00 |
| Robert E. Edwards | Manager CIRA | 1980 | 25.1 | 495 | 12,424.50 | 0.00 | 12,424.50 |
|  |  |  | 0.9 | 520 | 468.00 | 0.00 | 468.00 |
|  |  |  | 1.1 | 545 | 599.50 | 0.00 | 599.50 |
| Michael G. Infanti | Senior Staff CPA, CIRA, CFE | 2003 | 3.5 | 450 | 1,575.00 | 0.00 | 1,575.00 |
| Dana M. Roach | Senior Staff | 2000 | 0.2 | 450 | 90.00 | 0.00 | 90.00 |
| Bradley T. Giuliano | Staff, MBA | 2011 | 5.7 | 325 | 1,852.50 | 0.00 | 1,852.50 |
|  |  |  | 2.2 | 350 | 770.00 | 0.00 | 770.00 |
| **TOTAL:** |  |  | **-** | **64.0** | **-** | **$30,914.50** | **$0.00** | **$30,914.50** |

**ATTACHMENT B – LOCAL FORM 102/RULE 2016-2**
**COMPENSATION BY PROJECT CATEGORY**
**FOR THE PERIOD JULY 1, 2019 THROUGH JANUARY 22, 2021**

| PROJECT CATEGORY | TOTAL HOURS | GROSS FEES ($) | ADJUST. ($) | NET FEES ($) |
|---|---|---|---|---|
| 1. **Case Background & Administration** – Review of petition, docket, and other case background information. | 1.5 | 682.50 | 0.00 | 682.50 |
| 2. **Bank Account & Insurance Analysis** – Reconcile bank accounts and review activity including insurance premium refunds. | 0.0 | 0.00 | 0.00 | 0.00 |
| 3. **Analysis of Claims** – Analyze tax claims and claims requiring an accounting, such as leases. | 0.7 | 315.00 | 0.00 | 315.00 |
| 4. **Employee Related Issues & W-2's** – Review pension matters and employee related notices. | 0.0 | 0.00 | 0.00 | 0.00 |
| 5. **Fee Applications** – Prepare firm's employment and fee applications and motions to employ. | 21.3 | 11,073.50 | 0.00 | 11,073.50 |
| 6. **Litigation Support** – Provide assistance on litigation matters, excluding avoidance matters. | 0.0 | 0.00 | 0.00 | 0.00 |
| 7. **Preferences and Fraudulent Transfers Analysis** – Prepare analyses for preferences and fraudulent transfers, including insolvency analyses. | 0.0 | 0.00 | 0.00 | 0.00 |
| 8. **Accounting** – Analyze books and records of the debtor/estates. | 35.1 | 16,609.50 | 0.00 | 16,609.50 |
| | | | | |

**ATTACHMENT B – LOCAL FORM 102/RULE 2016-2**
**COMPENSATION BY PROJECT CATEGORY**
**FOR THE PERIOD JULY 1, 2019 THROUGH JANUARY 22, 2021**

| | PROJECT CATEGORY | TOTAL HOURS | GROSS FEES ($) | ADJUST. ($) | NET FEES ($) |
|---|---|---|---|---|---|
| 9. | **Cash Collateral –** Review/prepare budgets for estates' use of cash collateral. | 0.0 | 0.00 | 0.00 | 0.00 |
| 10. | **Case Consolidation Analysis –** Review books and records, bank accounts, tax returns, and other information to determine if cases should be consolidated. | 0.0 | 0.00 | 0.00 | 0.00 |
| 11. | **Access and Inventory Records –** Obtain access into databases, download information, and inventory/store records. | 0.0 | 0.00 | 0.00 | 0.00 |
| 12. | **Tax Preparation and Services –** Review and respond to various tax notices (including income, payroll, sales and use), preparing and filing returns when necessary. | 1.6 | 873.50 | 0.00 | 873.50 |
| 13. | **Reconstruction Accounting –** Reconstruct books and records of debtor to bring transactions current. | 0.0 | 0.00 | 0.00 | 0.00 |
| 14. | **Valuation Services –** Prepare business valuation or assets valuations. | 0.0 | 0.00 | 0.00 | 0.00 |
| 15. | **Identify/Search for Assets –** Identify potential assets through forensic accounting research of records. | 4.4 | 1,657.50 | 0.00 | 1,657.50 |
| 16. | **Travel (Reduced by ½ normal rate)** | 0.0 | 0.00 | 0.00 | 0.00 |
| | **Total:** | 64.0 | $30,914.50 | $0.00 | $30,914.50 |

### ATTACHMENT B - LOCAL FORM 102/RULE 2016-2
### EXPENSE SUMMARY
### FOR THE PERIOD JULY 1, 2019 THROUGH JANUARY 22, 2021

| EXPENSE CATEGORY | SERVICE PROVIDER/ DESCRIPTION | TOTAL EXPENSES ($) |
|---|---|---|
| Computer Assisted Legal Research | Pacer _ pages @ $.10 each | |
| Facsimile | @ $1 each | |
| Long Distance Telephone | | |
| In-house Copying | _690__ copies @ $.10 each | 69.00 |
| Outside Copying | | 0.00 |
| Local Travel | | 0.00 |
| | | 0.00 |
| Out-of-Town Travel | | |
| Courier & Express Carriers | Federal Express | |
| Postage/Certified Mail | | |
| Tax Authorization Fees | | |
| Supplies | | |
| | | |
| | | |
| **Grand Total:** | | **$69.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| ULTIMATE ACQUISITION PARTNERS, LP, *et al*., [1] | : | Case No. 11-10245 (MFW) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | **Hearing Date:  To be heard with TFR** |
| | : | **Objection Deadline: To be Determined** |

**FIFTH AND FINAL FEE APPLICATION OF GIULIANO MILLER
AND COMPANY, LLC, AS ACCOUNTANTS TO THE CHAPTER 7 TRUSTEE FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
(1) THE INTERIM PERIOD JULY 1, 2019 THROUGH JANUARY 22, 2021 AND (2)
THE FINAL PERIOD MAY 4, 2011 THROUGH JANUARY 22, 2021**

Pursuant to Sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Del. Bankr. LR 2016 - 2, Giuliano Miller and Company, LLC ("GMCO") files this Application for an Order Granting Fifth Interim and Final Compensation and Reimbursement of Expenses (the "Application") for services rendered as accountants for Alfred T. Giuliano, the Chapter 7 Trustee (the "Trustee") for the Period of July 1, 2019 through January 22, 2021 ("Interim Period") and for the Period of May 4, 2021 through January 22, 2021 ("Final Period"), in support thereof states:

**Background**

1. On January 26, 2011, Ultimate Acquisition Partners, LP, et al. (the "Debtors") filed voluntary petitions for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  Ultimate Acquisition Partners, LP (2937) and CC Retail, LLC (7780).  The Debtors' address was 321 West 84th Avenue, Suite A., Thornton, Colorado 80260.

2.     On January 28, 2011, this Court ordered the joint administration of the estates of the Debtors [Docket No. 53].

3.     By order on May 3, 2011, the Court converted the Debtors' Chapter 11 cases to ones under Chapter 7 of the Bankruptcy Code (the "Conversion") [Docket No. 737].

4.     On May 4, 2011, the Office of the United States Trustee appointed Alfred T. Giuliano as Chapter 7 Trustee for the cases, which appointment remains in effect [Docket No. 742].

5.     On June 6, 2011, this Court entered an Order approving the employment of GMCO as Accountants for the Trustee (the "Retention Order") <u>nunc pro tunc</u> to May 4, 2011 [Docket No. 851].  The Retention Order authorizes GMCO to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses it incurred.

6.     GMCO submits this Application to the Bankruptcy Court for an interim allowance of reasonable compensation for actual and necessary professional services provided to the Trustee and for reimbursement of actual and necessary out-of-pocket expenses incurred during the Application Period.  All included services and costs for which GMCO seeks compensation were performed for, or on behalf of, the Trustee during the Application Period.

7.     At all relevant times, GMCO has been a disinterested person as that term is defined in Section 101(14) of the Bankruptcy Code and has not represented nor held any interest adverse to these estates.

8.     Furthermore, no payments have heretofore been made or promised to GMCO for services rendered or to be rendered in any capacity whatsoever in connection with these cases.  There is no agreement or understanding between GMCO and any other person other than among

the members of GMCO for the sharing of compensation to be received for services rendered in these cases.

9. The employees of GMCO who have rendered professional services in this case during the Application Period are listed in **Attachment B** of this Application, which form is included directly behind the cover sheet of this Application. In compliance with the Retention Order, the terms of GMCO's employment are as follows: GMCO charges accounting fees on an hourly basis at its normal and customary hourly rates, which are set in accordance with each accountant's position, seniority and expertise. For each professional, years of professional experience, hourly rate and total hours of service rendered are detailed in **Attachment B** of this Application.

10. During the Application Period, GMCO provided accounting services to the Trustee in connection with the estates of the Debtors. The services performed by GMCO on behalf of the Trustee include, without limitation, the following:

- a) GMCO continued to assist in the resolution of certain tax/administrative claims.
- b) GMCO continued to assist in providing analysis and supporting documentation for several class action claims that were filed in various legal and antitrust matters including:
    - a. LCD Class Antitrust
    - b. Cathode Ray Tube Antitrust
    - c. Optical Disk Drive Antitrust
    - d. DRAM Antitrust
    - e. Visa MasterCard Interchanges Litigation

11.     The nature of the work performed by GMCO is fully detailed in the billing entries kept by each accountant and paraprofessional. The detailed billing entries are attached hereto and made a part hereof as **Exhibit "A"**. In accordance with Del. Bankr. L.R. 2016-2, a summary and breakdown by project category of the services performed is set forth in **Attachment B** located directly behind the coversheet of this Application. The fees for travel time have been reduced by one half in accordance with Del. Bankr. L.R. 2016-2, and this adjustment is reflected in the net fees on **Attachment B**.

12.     GMCO charged its normal hourly rates for work of this type. The reasonable value of the services rendered by GMCO to the Trustee for the Application Period is $30,914.50, after an adjustment to reflect travel time at ½ of the normal hourly rate (none incurred).

13.     In accordance with Del. Bankr. L.R. 2016-2, a summary of actual and necessary expenses incurred by GMCO for the Application Period is also set forth in **Attachment B**. GMCO adjusted the copying costs to comport with the Court's allowance of $.10 per page. Furthermore, detailed breakdowns of the expenses follow the detailed billing entries and are attached hereto and made a part hereto as **Exhibit "A"**.

14.     In accordance with Del. Bankr. L.R. 2016-2, GMCO certifies that this Application complies with the Local Rules. See Certification of Donna M. Miller, CPA attached hereto as **Exhibit "B"**.

### Relief Requested

15.     GMCO seeks an allowance and payment of $30,914.50 in fees and reimbursement of $69.00 in actual expenses for the Interim period July 1, 2019 through January 22, 2021. GMCO also seeks final approval of fees and expenses previously approved by the Court on an interim basis as shown above in the Fee Application History. Together for the Final

Period, GMCO seeks approval of all fees totaling $1,449,242.50 (after voluntary reduction of $17,820.00 due to billing error subsequently discovered by GMCO) and reimbursement of expenses totaling $23,912.21.

16. Pursuant to Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by GMCO for its accounting fees and costs is fair and reasonable given (a) the complexity of the case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title. See 11 U.S.C. § 330. Furthermore, the request for reimbursement of expenses is for actual disbursements made by GMCO.

17. The Court is authorized to award compensation and allow an interim distribution of the compensation pursuant to 11 U.S.C. § 331.

**WHEREFORE**, GMCO respectfully requests that the Court enter the Order submitted herewith granting GMCO, for the Interim period an allowance of $30,914.50 as compensation for actual and necessary accounting services rendered, and $69.00 for reimbursement of actual expenses, and that sum be authorized for payment, as well as granting final approval of GMCO's final fees in the sum of $1,449,242.50 and reimbursement of expenses in the sum of $23,912.21 for a total of $1,473,154.71, and grant such other and further relief as this Court may deem just and proper.

**GIULIANO MILLER AND COMPANY, LLC**

Dated: January 29, 2021    By: ____/s/ Donna M. Miller_____
                               Donna M. Miller, CPA

Accountants for Alfred T. Giuliano, Chapter 7 Trustee
for the estates of Ultimate Acquisition Partners, LP., et al.

Case No. 11-10245 (MFW)