IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Ultimate Acquisition Partners, LP, et al., | ) | Case No. 11-10245 (MFW) |
| | ) | |
| | ) | Jointly Administered |
| Debtors.[1] | ) | |
| | | **Re: Docket No. 1993** |

**ORDER GRANTING TWENTIETH INTERIM (NON-CONTINGENT FEE MATTERS) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM JANUARY 1, 2020 THROUGH DECEMBER 31, 2020**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel to Alfred T. Giuliano, Chapter 7 Trustee (the "Trustee"), filed a Twentieth interim (non-contingent fee matters) application for allowance of compensation and reimbursement of expenses for the period from January 1, 2020 through December 31, 2020 (the "Twentieth Interim Application"). The Court has reviewed the Twentieth Interim Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Twentieth Interim Application, and any hearing on the Twentieth Interim Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Twentieth Interim Application. Accordingly, it is hereby

ORDERED that the Twentieth Interim Application is GRANTED on an interim basis, and PSZ&J shall be awarded an interim allowance for compensation in the amount of

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Ultimate Acquisition Partners, LP (2837) and CC Retail, LLC (7780). The Debtors' former address was 321 West 84th Avenue, Suite A, Thornton, Colorado 80260.

$40,492.00 and actual and necessary expenses in the amount of $1,323.63 for a total allowance of $41,815.63 and it is further

ORDERED that the Trustee shall pay to PSZ&J the sum of $40,492.00 and actual and necessary expenses in the amount of $1,323.63 for a total payment of $41,815.63 for services rendered and disbursements incurred by PSZ&J for the period from January 1, 2020 through December 31, 2020; and it is further

ORDERED that such payment shall be paid forthwith by the Trustee from any assets of the Debtors' estates not subject to the lien of General Electric Capital Corporation ("GECC"). The Trustee may only pay the amount awarded from any assets of the Debtors' estates subject to GECC's lien upon (i) GECC and the Trustee reaching an agreement on the professional fee carveout amount associated with the monetization of GECC's collateral; or (ii) Court determination of such professional fee carveout amount.

Dated: February 18th, 2021
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE