### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ULTIMATE ACQUISITION<br>PARTNERS, LP, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 11-10245 (MFW)<br>(Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS
### SCHEDULED FOR HEARING ON MARCH 10, 2021 AT 2:00 P.M. (ET)

**THE BELOW LISTED MATTER HAS BEEN RESOLVED.
THE COURT HAS CANCELLED THE HEARING.**

### RESOLVED MATTER

1. Twentieth Interim (Non-Contingent Fee Matters) Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7 Trustee, for the Period from January 1, 2020 through December 31, 2020 [Filed: 1/29/21] (Docket No. 1993).

    Response Deadline:  February 12, 2021 at 4:00 p.m. Eastern Time.

    Responses Received:  None.

    Related Documents:

    a) Certification of No Objection Regarding Twentieth Interim (Non-Contingent Fee Matters) Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7 Trustee, for the Period from January 1, 2020 through December 31, 2020 [Filed: 2/17/21] (Docket No. 1996).

    b) [Signed] Order Granting Twentieth Interim (Non-Contingent Fee Matters) Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7 Trustee, for the Period

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Ultimate Acquisition Partners, LP (2837) and CC Retail, LLC (7780). The Debtors' former address was 321 West 84th Avenue, Suite A, Thornton, Colorado 80260.

2

from January 1, 2020 through December 31, 2020 [Filed: 2/18/21] (Docket No. 1997).

Status:  The order has been entered.  No hearing will be necessary.

Dated:  March 8, 2021          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email: bsandler@pszjlaw.com
       pkeane@pszjlaw.com

Counsel to Alfred T. Giuliano, Chapter 7 Trustee