IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Ultimate Acquisition Partners, LP, et al., | ) | Case No. 11-10245 (MFW) |
| | ) | |
| | ) | Jointly Administered |
| Debtors.[1] | ) | |
| | ) | **Re: Docket No. 1994** |

**SUPPLEMENT TO FINAL APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG
ZIEHL & JONES LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE,
FOR SUPPLEMENTAL FEE PERIOD FROM JANUARY 1, 2021
THROUGH APRIL 22, 2021**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), counsel to Alfred T. Giuliano, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the "Debtors") hereby submits its Supplement to Final Application for Compensation and for Reimbursement of Expenses for the Period from May 4, 2011 through December 31, 2020 (the "Supplement"), for the supplemental period from January 1, 2021 through April 22, 2021.

On January 29, 2021, PSZ&J filed its Final Application for Compensation and for Reimbursement of Expenses for the Period from May 4, 2011 through December 31, 2020 [Docket No. 1994] (the "Final Fee Application"), requesting fees in the total amount of $4,029,685.23[2] and expenses in the amount of $296,338.90.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Ultimate Acquisition Partners, LP (2837) and CC Retail, LLC (7780). The Debtors' former address was 321 West 84th Avenue, Suite A, Thornton, Colorado 80260.

[2] This amount is a corrected total of final fees requested due to an inadvertent duplicate recovery contained in the Sixth Interim Fee Application for defendant JVC Americas Corp. in the amount of $25,000.00 which equaled fees in the amount of $6,250.00 due to PSZ&J based on its 25% contingency recovery.

Pursuant to the Final Fee Application, PSZ&J reserved the right to file supplemental fee application(s) to include additional fees and expenses not previously included.

By this Supplement, PSZ&J seeks to incorporate into the Final Fee Application the additional fees in the amount of $30,909.00 and expenses in the amount of $222.64, for the supplemental fee period of January 1, 2021, through April 22, 2021, listed on Exhibit A.

WHEREFORE, PSZ&J respectfully requests that the supplemental fees in the total amount of $30,909.00 and expenses in the amount of $222.64, for total final fees in the amount of $4,060,594.23 and expenses in the amount of $296,561.54 be awarded to PSZ&J in this case.

Dated:  April 26, 2021                    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Bradford J. Sandler*
Bradford J. Sandler (DE Bar No. 4142)
Michael R. Seidl (DE Bar No. 3889)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:      bsandler@pszjlaw.com
            mseidl@pszjlaw.com
            pkeane@pszjlaw.com

Counsel to Alfred T. Giuliano, Chapter 7 Trustee

## CERTIFICATION PURSUANT TO LOCAL RULE 2016-2(g)

Pursuant to Local Rule 2016-2(g), I certify the following:

a) I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted to appear before this Court.

b) I am familiar with many of the legal services rendered by Pachulski Stang Ziehl & Jones LLP as counsel to the Chapter 7 Trustee.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and submit that the Application substantially complies with such Rule and Order.

Dated: April 26, 2021

*/s/ Bradford J. Sandler*
Bradford J. Sandler