# **<u>EXHIBIT D</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Ultimate Acquisition Partners, LP, *et al.*,[1] | Case. No. 11-10245-MFW<br><br>Jointly Administered<br><br>Chapter 7<br><br>**RE: Doc. Index**_____ |

**ORDER APPROVING FIRST AND FINAL APPLICATION OF ASK LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES THE PERIOD OF AUGUST 8, 2011 THROUGH AUGUST 31, 2014 AS SPECIAL COUNSEL TO PURSUE AVOIDANCE ACTIONS**

ASK LLP, as Counsel for Alfred T. Giuliano, Chapter 7 Trustee of Ultimate Acquisition Partners, LP, *et al.*, in the above matter, having filed its First and Final Application for Allowance of Compensation and Reimbursement of Expenses for the Period of August 8, 2011 through August 31, 2014 as Special Counsel to Pursue Avoidance Actions (the "Final Application");[2] and the Court having reviewed the Final Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; (b) notice of the Final Application, and any hearing on the Final Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Final Application;

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Final Application is GRANTED.

2. ASK LLP is awarded final approval for compensation in the amount of $1,497,688.23 for professional services rendered on a contingency fee basis, $16,748.00 for

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Ultimate Acquisition Partners, P (2837) and CC Retail, LLC (7780). The Debtors' address is 321 West 84th Avenue, Suite A, Thornton, Colorado 80260.

[2] Capitalized terms shall have the same meaning ascribed to them in the Final Application.

professional services rendered on an hourly basis and $91,230.40 for costs and expenses for a total of $1,605,666.63 for the Final Fee Period of August 8, 2011 through August 31, 2014

        3.      Such sums are authorized for payment less any amounts previously paid to ASK LLP.

        4.      With respect to collections and hourly fees realized subsequent to preparation of the Final Application, ASK may receive a fee equal to that outlined in the Retention Application and Order and authorized herein without filing an additional fee application.