# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ULTIMATE ACQUISITION PARTNERS, LP, *et al.*,[1] | Case No. 11-10245 (MFW) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the 28th day of October, 2021, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**Notice of Hearing to Consider Final Approval and Allowance of Fee Applications**

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Ultimate Acquisition Partners, LP (2837) and CC Retail, LLC (7780).

Ultimate – Service List re Final Fee Apps
Case No. 11-10245 (MFW)
Doc. No. 236766
06 – Email

**Email**
(Accountants to the Trustee)
Alfred T. Giuliano
Donna M. Miller
Giuliano Miller & Company, LLC
2301 E. Evesham Road
Pavillion 800, Suite 210
Voorhees, NJ  08043
Email:  atgiuliano@giulianomiller.com
          dmiller@giulianomiller.com

**Email**
(Special Counsel to the Trustee)
Joseph L. Steinfeld, Jr., Esq.
Gary D. Underdahl, Esq.
ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Email:  jsteinfeld@askllp.com
          gunderdahl@askllp.com

**Email**
(Special Counsel to the Trustee)
Edward E. Neiger, Esq.
ASK LLP
60 E. 42nd Street, 46th Floor
New York, NY  10165
Email:  eneiger@askllp.com

**Email**
(Special Counsel to the Trustee)
Ronald S. Gellert, Esq.
Gellert Scali Busenkell & Brown, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE  19801
Email:  rgellert@gsbblaw.com

**Ultimate Acquisition Partners**
**New 2002 Email Service List**
Case No.: 11-10245 (MFW)
Document No.: 183293
01 – Foreign First Class Mail
28 – Email Addresses

*(Counsel to the Chapter 7 Trustee)*
Bradford J. Sandler, Esquire
Peter J. Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19801
bsandler@pszjlaw.com
pkeane@pszjlaw.com

**Foreign First Class Mail**
*(Counsel to IBM Corporation)*
Patricia Di Bello
Attn: Bankruptcy Coordinator
IBM Corporation
275 Viger East, Suite 400
Montreal, QC  H2X 3R7
CANADA

**Email**
*(Member of the Official Committee of Unsecured Creditors)*
Fred Klipsch, KGI Sellers, LLC
c/o Charlotte M. Mabe
8374 North, 500 West
McCordsville, IN  46055
charlotte@KlipschSP.com

**Email Delivery**
*(Sony Electronics, Inc.)*
Rick Blazier
Manager Credit & AR
Sony Electronics Inc.
115 West Century Road, Suite 250
Paramus, NJ  07652
richard.blazier@sony.com

**Email Delivery**
*(Counsel to Klipsch Group Inc.)*
Michael K. McCrory, Esquire
Barnes & Thornburg LLP
11 S. Meridan Street
Indianapolis, IN  46204
mmccrory@btlaw.com

**Email Delivery**
*(Counsel to OmniMount Systems, Inc.)*
Karen C. Bifferato, Esquire
Christina M. Thompson, Esquire
Kelly M. Conlan, Esquire
Connolly Gallagher LLP
1201 N. Market Street, 20th Floor
Wilmington, DE  19801
kbifferato@connollygallagher.com
cthompson@connollygallagher.com
kconlan@connollygallagher.com

**Email Delivery**
*(Counsel to Canon USA Inc.)*
Paul A. Rubin, Esquire
Rubin LLC
345 7th Avenue, 21st Floor
New York, NY  10001
prubin@rubinlawllc.com

**Email Delivery**
*(Counsel to South Texas College, South Texas ISD, & City of Mcallen)*
Diane W. Sanders, Esquire
Linebarger Goggan Blair & Sampson LLP
PO Box 17428
Austin, TX  78760-7428
austin.bankruptcy@publicans.com

**Email Delivery**
*(Counsel to Vestar DRM-OPCO, LLC)*
William Novotny, Esquire
Dickenson Wright/Mariscal Weeks
1850 N. Central Avenue, Suite 1400
Phoenix, AZ  85004
william.novotny@mwmf.com

**Email Delivery**
*(Counsel to Pyramid Management Group, LLC, Carousel Center Company LP and Crossgates Commons NewCo LLC)*
Kevin M. Newman, Esquire
Barclay Damon LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY  13202
knewman@barclaydamon.com

**Email Delivery**
*(Counsel to Front Range Retail Company LLC and NP/I&G Quil Springs LLC)*
Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801
rmersky@monlaw.com

**Email Delivery**
*(US Trustee)*
Jane Leamy, Trial Attorney
Benjamin A. Hackman, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801
jane.m.leamy@usdoj.gov
benjamin.a.hackman@usdoj.gov

**Email Delivery**
*(Counsel to Hidalgo County, Hidalgo County Drainage District #1 and McAllen ISD)*
John T. Banks, Esquire
Perdue Brandon Fielder Collins & Mott LLP
3301 Northland Drive, Suite 505
Austin, TX  78731
jbanks@pbfcm.com

**Email Delivery**
*(Counsel to Klipsch Group Inc.)*
Kevin G. Collins, Esquire
Barnes & Thornburg LLP
1000 N. West Street, Suite 1500
Wilmington, DE  19801
kevin.collins@btlaw.com

**Email Delivery**
*(Counsel to Alfred T. Giuliano, Chapter 7 Trustee of Ultimate Acquisition Partners, LP, et al.)*
Joseph L. Steinfeld, Jr., Esquire
Gary D. Underdahl, Esquire
Kara E. Casteel, Esquire
ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
jsteinfeld@askllp.com
gunderdahl@askllp.com
kcasteel@askllp.com

**Email Delivery**
*(Counsel to DPI, Inc.)*
Stephan W. Milo, Esquire
Wharton Aldhizer & Weaver, PLC
125 S. Augusta Street, Suite 2000
Staunton, VA  24401
smilo@wawlaw.com

**Email Delivery**
*(Counsel to New York State Department of Labor)*
Seth Kupferberg, Esquire
Attorney General of New York
120 Broadway
New York, NY  10271
seth.kupferberg@ag.ny.gov

**Email Delivery**
*(Counsel to Chapter 7 Trustee)*
Ronald S. Gellert, Esquire
Gellert Scali Busenkell & Brown, LLC
1201 N. Orange Street, 3rd Floor
Wilmington, DE  19801
rgellert@gsbblaw.com

**Email Delivery**
*(Counsel to City of Thornton, Colorado)*
Ken Buechler, Esquire
Jonathan M. Dickey, Esquire
Buechler Law Office, LLC
999 18th Street, Suite 1230-S
Denver, CO  80202
ken@kjblawoffice.com
jonathan@bandglawoffice.com

**Email Delivery**
*(Counsel to City of Thornton, Colorado)*
William P. Bowden, Esquire
Marie M. Degnan, Esquire
F. Troupe Mickler, IV, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801
wbowden@ashby-geddes.com
mdegnan@ashby-geddes.com
tmickler@ashby-geddes.com