# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>**ULTIMATE ACQUISITION PARTNERS, LP**<br>*d/b/a Ultimate Electronics*<br><br><br>**Debtor.** | CHAPTER 7<br><br>CASE NO.: 11-10245/MFW |

## APPLICATION TO PAY UNCLAIMED CHECK TO THE COURT

Alfred T. Giuliano, Chapter 7 Trustee, respectfully represents as follows:

1. The Debtor filed a case under Chapter 11 on January 26, 2011 and converted to a case under Chapter 7 on May 3, 2011.

2. I was appointed as Chapter 7 Bankruptcy Trustee on May 3, 2011.

3. On November 23, 2021 an Order was signed authorizing the final distribution [Exhibit "A" Docket No.: 2040].

4. On January 5, 2022 distribution was made pursuant to the order. The distribution included the checks listed on Exhibit "B".

5. The checks listed on Exhibit "B" were not cashed. All checks have been either voided or a stop payment was placed.

6. The Trustee's staff tried locating/contacting the creditors via internet and/or utilizing all contact information available listed on the filed claims and supporting documents, without success. Exhibit "B" reflects the balance of creditors that could not be located or companies that are out of business.

7. *WHEREFORE,* Alfred T. Giuliano, Chapter 7 Trustee, respectfully requests that the Court permit the Estate's funds of fifty-six thousand nine hundred and fifty-two dollars and eighty-three cents ($56,952.83) be paid to the Clerk for deposit to the Treasury.


April 25, 2022     /s/ Alfred T. Giuliano
Dated              Alfred T. Giuliano, Chapter 7 Trustee
                   2301 E. Evesham Road
                   Pavilion 800, Suite 210
                   Voorhees, New Jersey 08043