**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **IN RE:**<br>**ULTIMATE ACQUISITION PARTNERS, LP**<br>*d/b/a Ultimate Electronics*<br><br>**Debtor.** | **CHAPTER 7**<br><br>**CASE NO.: 11-10245/MFW**<br>Hearing Date: June 8, 2022 at 2:00 p.m.<br>Objection Date: May 31, 2022 by 4:00 p.m. |

## NOTICE OF APPLICATION

Alfred T. Giuliano, Chapter 7 Trustee, has filed an Application to pay Unclaimed Funds in the Estate to the Court.

You are required to file a response to the attached application on or before May 31, 2022.

If you fail to respond in accordance with this notice, the Court may grant the relief demanded by the application without further notice or hearing.


April 25, 2022                /s/ Alfred T. Giuliano
Dated                         Alfred T. Giuliano, Chapter 7 Trustee
                              2301 E. Evesham Road
                              Pavilion 800, Suite 210
                              Voorhees, New Jersey 08043