**Ultimate Acquisition partners, LP**
**11-10245/MFW**
**Exhibit B - Unclaimed Funds**

| Name and Mailing Address of Claimant | Check # | Claim Number | Distribution Amount |
|---|---|---|---|
| Bell'o International, LLC<br>711 Ginesi Drive<br>Morganville, New Jersey 07751 | 60295 | 488 | $22,117.75 |
| RKT<br>2966 Flameree Drive<br>St. Louis, MO 63129 | 60353 | Case #11-10246<br>Claim #28 | $412.19 |
| Monster Cable, L.L.C.<br>455 Valley Drive<br>Brisbane, CA 94005 | 60271 | 333 | $18,527.72 |
| Niles Audio Corporation<br>1696 Kellogg Avenue<br>Carlsbad, CA 92008 | 60277 | 378 | $3,005.60 |
| General Electric Capital Corporation<br>Attn: Joseph Sacchetti<br>407 Merritt 7<br>Norwalk, CT 06851 | 60350 | GECC | $1,177.75 |
| Inland Western Seekonk Power Center LLC<br>c/o Connolly Bove Lodge & Hutz, LLP<br>P. O. Box 2207<br>Wilmington, DE 19899 | 60338 | 707 | $928.12 |
| TNCI, Inc.<br>2 Charlesgate West<br>Boston, MA 02215 | 60269 | 323 | $44.04 |
| Interactive Communications International<br>c/o Bryan E. Bates, Esquire<br>303 Peachtree Street, NE #5300<br>Atlanta, GA 30308 | 60290 | 445 | $790.05 |
| City of Englewood, Colorado<br>Finance and Administrative Services Dept.<br>1000 Eglewood Parkway<br>Englewood, CO 80110-2373 | 60307 | 570 | $575.97 |
| Brinks Incorporated<br>555 Dividend Drive, Suite 100<br>Coppell, TX 75019 | 60323 | 663 | $627.63 |
| Wisconsin Electric Power Company<br>d/b/a WE Energies<br>333 W. Everett Street, Room A130<br>Milwaukee, WI 53203 | 60246 | 93 | $3,447.80 |
| Wilks Broadcasting Denver<br>720 S. Colorado Blvd.<br>Denver, CO 80246 | 60261 | 246 | $5,298.21 |
| | | | |
| Total Unclaimed Funds | | | $56,952.83 |