# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **IN RE:**<br>**ULTIMATE ACQUISITION PARTNERS, LP**<br>*d/b/a Ultimate Electronics*<br><br>**Debtor.** | **CHAPTER 7**<br><br>**CASE NO.: 11-10245/MFW**<br><br>**Related Doc.: _____** |

### ORDER TO PAY UNCLAIMED FUNDS TO THE COURT

*IT IS ORDERED* that the Trustee shall pay a check in the amount of **$56,952.83** to the Clerk, United States Bankruptcy Court for the District of Delaware, representing unclaimed funds pursuant to Application.

.