# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>**ULTIMATE ACQUISITION PARTNERS, LP**<br>*d/b/a Ultimate Electronics*<br><br>**Debtor.** | CHAPTER 7<br><br>CASE NO. 00-10245/MFW |

## CERTIFICATE OF SERVICE

    I, Alfred T. Giuliano, Chapter 7 Trustee, do hereby certify that on April 25, 2022 a copy of the within application was served, via regular, first-class, postage paid, on the following:

U.S. Department of Justice
Office of the U.S. Trustee
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Honorable Mary F. Walrath
United States Bankruptcy Court
824 North Market Street, 5th Floor
Wilmington, DE 19801

| | |
|---|---|
| <u>April 25, 2022</u><br>Dated | */s/ Alfred T. Giuliano*<br>Alfred T. Giuliano, Chapter 7 Trustee<br>2301 E. Evesham Road<br>Pavilion 800, Suite 210<br>Voorhees, New Jersey 08043 |